Erik F. Stidham (ISB #5483)
Jennifer M. Aiko (ISB #9275)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-7714
Telephone:  208.342.5000
EFStidham@hollandhart.com
JMAiko@hollandhart.com

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN LIVESTOCK JOURNAL, LLC, an Oklahoma limited liability company and SUPERIOR LIVESTOCK AUCTION, LLC an Oklahoma limited liability company, <br><br> Plaintiffs, <br><br> vs. <br><br> LOGAN M. IPSEN, an individual and STOCK POINT MEDIA GROUP, LLC, an Idaho limited liability company, <br><br> Defendants. | Case No. <br><br> **CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Plaintiffs make the following disclosure through undersigned counsel:

Plaintiff Western Livestock Journal ("WLJ") is an Oklahoma Limited Liability Company and states that it is a wholly owned subsidiary of Superior Livestock Auction, LLC.

Superior Livestock Auction, LLC is an Oklahoma Limited Liability Company and is wholly owned by Superior Acquisition LP, a limited partnership.

CORPORATE DISCLOSURE STATEMENT - 1

DATED:  August 5, 2026

HOLLAND & HART LLP


By: */s/Erik F. Stidham*
        Erik F. Stidham
        Jennifer M. Aiko
        ATTORNEYS FOR PLAINTIFFS

CORPORATE DISCLOSURE STATEMENT - 2