Erik F. Stidham (ISB #5483)
Jennifer M. Aiko (ISB #9275)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-7714
Telephone:  208.342.5000
EFStidham@hollandhart.com
JMAiko@hollandhart.com

Attorneys for Plaintiffs

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN LIVESTOCK JOURNAL, LLC, an Oklahoma limited liability company and SUPERIOR LIVESTOCK AUCTION, LLC an Oklahoma limited liability company, <br><br> Plaintiffs, <br><br> vs. <br><br> LOGAN M. IPSEN, an individual and STOCK POINT MEDIA GROUP, LLC, an Idaho limited liability company, <br><br> Defendants. | Case No.  1:26-cv-00500-REP <br><br> **PLAINTIFFS' MOTION FOR EXPEDITED DISCOVERY** |

COMES NOW Plaintiffs, Western Livestock Journal, LLC and Superior Livestock Auction, LLC (collectively, "Plaintiffs"), by and through their undersigned counsel of record, and hereby respectfully moves the Court, pursuant to Rule 26(d)(1) of the Federal Rules of Civil Procedure, to grant Plaintiff's request for expedited discovery from the Defendants by allowing Plaintiffs to:

A.    Propound up to fifteen (15) interrogatories, fifteen (15) requests for production of documents, and fifteen (15) requests for admission which Defendants would be

**PLAINTIFFS' MOTION FOR EXPEDITED DISCOVERY** - 1

required to answer/respond to and produce documents for within ten (10) calendar days of service;

B.      Take the deposition of each individual Defendant pursuant to Fed. R. Civ. P. 30;

C.      Take the deposition of each corporate Defendant pursuant to Fed. R. Civ. P. 30 (b)(6) with a requirement that documents responsive to the noticed topics be produced within ten (10) calendar days of being noticed; and

D.      Submit up to three (3) third-party subpoenas for documents, with a return date of seven (7) days.

In support of its Motion, Plaintiffs rely upon the contemporaneously filed Memorandum in support of the Motion.

DATED:  August 5, 2026

HOLLAND & HART LLP


By: */s/Erik F. Stidham*
        Erik F. Stidham
        Jennifer M. Aiko
        ATTORNEYS FOR PLAINTIFFS

**PLAINTIFFS' MOTION FOR EXPEDITED DISCOVERY** - 2