Erik F. Stidham (ISB #5483)
Jennifer M. Aiko (ISB #9275)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-7714
Telephone:  208.342.5000
EFStidham@hollandhart.com
JMAiko@hollandhart.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN LIVESTOCK JOURNAL, LLC, an Oklahoma limited liability company and SUPERIOR LIVESTOCK AUCTION, LLC an Oklahoma limited liability company, | Case No.  1:26-cv-00500-REP |
| Plaintiffs, | **MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |
| vs. | |
| LOGAN M. IPSEN, an individual and STOCK POINT MEDIA GROUP, LLC, an Idaho limited liability company, | |
| Defendants. | |

Plaintiffs Western Livestock Journal, LLC and Superior Livestock Auction, LLC, by and through their attorneys, Holland & Hart LLP, respectfully move this Court, pursuant to the provisions of Idaho Rule of Civil Procedure 65, for a temporary restraining order and preliminary injunction against Logan M. Ipsen and Stock Point Media Group, LLC.

This Motion is supported by the Memorandum filed contemporaneously herewith, the Complaint on file, and the Declarations of Sam Hughes, Kirby Brincefield, Mike Oldcorn, Hannah Jackson, Dare Lovett, and Brandi Soares.

DATED:  August 5, 2026

HOLLAND & HART LLP

By: */s/Erik F. Stidham*  
      Erik F. Stidham  
      Jennifer M. Aiko  
      ATTORNEYS FOR PLAINTIFFS