Erik F. Stidham (ISB #5483)
Jennifer M. Aiko (ISB #9275)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-7714
Telephone:  208.342.5000
EFStidham@hollandhart.com
JMAiko@hollandhart.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN LIVESTOCK JOURNAL, LLC, an Oklahoma limited liability company and SUPERIOR LIVESTOCK AUCTION, LLC an Oklahoma limited liability company,<br><br>        Plaintiffs,<br><br>vs.<br><br>LOGAN M. IPSEN, an individual and STOCK POINT MEDIA GROUP, LLC, an Idaho limited liability company,<br><br>        Defendants. | Case No.  1:26-cv-00500-REP<br><br>**DECLARATION OF BRANDI SOARES IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

I, Brandi Soares, declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am a paralegal in the Boise office of the law firm Holland & Hart LLP, which represents Plaintiffs in this case. I make this declaration based on my personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently to the matters set forth below.

2.      Attached hereto as **Exhibit A** is a true and correct copy of screen shots that I took on August 4, 2026 of the Stock Point Media Facebook page from

**DECLARATION OF BRANDI SOARES IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** - 1

https://www.facebook.com/profile.php?id=61591398931799 with its first post dated June 26, 2026.

3.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:  August 5, 2026

By: */s/Brandi Soares*＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
       Brandi Soares
       Paralegal
       HOLLAND & HART LLP

38926648_v1

**DECLARATION OF BRANDI SOARES IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION - 2**