# EXHIBIT A



| | |
|---|---|
| Document title: | Facebook |
| Capture URL: | https://www.facebook.com/profile.php?id=61591398931799 |
| Page loaded at (UTC): | Wed, 05 Aug 2026 03:10:29 GMT |
| Capture timestamp (UTC): | Wed, 05 Aug 2026 03:10:31 GMT |
| Capture tool: | 11.2.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.2.1 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.0) |
| PDF length: | 19 |
| Capture ID: | agfrUqjTzDbnN1ajLa89KN |
| Display Name: | bmsoares |

PDF REFERENCE #: bNs3BJo1B9bpsowWG2xEry



# Stock Point Media

**745 followers · 0 following**

Stock Point Media Group, LLC, is a modern multimedia company serving the ranching industry while honoring the western lifestyle and traditions that shape rural America. Stock Point delivers trusted industry coverage through print and digital platforms.

🖻 Media/news company

Message   Follow   Search

All   About   Reels   Photos   Followers   More ▾

## Details

⭐ Not yet rated (0 Reviews)

## Links

🔗 stockpointmedia.com

## Contact info

📞 (208) 740-1624

✉ info@stockpointmedia.com

💬 Stock Point Media

▣ Stock Point's Media Kit is available on our website.

## Photos

See all photos

## Featured

**Stock Point Media**
July 21 at 6:23 PM 🌐
Stock Point Media Group is a full service agriculture marketing firm that bridges the gap between...

## Posts

Filters

**Stock Point Media**
10h · 🌐

Tyson Foods lowered its annual profit forecast on Monday, warning that losses in its beef business would widen as tight U.S. cattle supplies keep livestock costs elevat...
**See more**



**Details**

⭐ Not yet rated (0 Reviews)

**Links**

🔗 **stockpointmedia.com**

**Contact info**

📞 (208) 740-1624

✉️ **info@stockpointmedia.com**

💬 **Stock Point Media**

▶️ **Stock Point's Media Kit is available on our website.**

**Photos**                        See all photos

👍 5    💬 1    ↗️

**Stock Point Media**
August 2 at 2:51 PM · 🌐

Last week's heat wave across cattle producing states like South Dakota, North Dakota, and Nebraska where heat indexes soared past 120 degrees is to blame for the death ... **See more**

**Extreme Heat to Blame for the Death of Thousands of South Dakota Cattle.**

👍 3    💬 1    ↗️

**Stock Point Media**
August 1 at 1:40 PM · 🌐

After decades of serving Northern California's cattle industry, Orland Livestock Commission Yard is entering a new chapter as ownership transitions from the Lacque Fami... **See more**

**Parnell Family purchases Orland Livestock Commission Yard**

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More

## Details

⭐ Not yet rated (0 Reviews)

## Links

🔗 **stockpointmedia.com**

## Contact info

📞 (208) 740-1624

✉️ **info@stockpointmedia.com**

💬 **Stock Point Media**

▶️ **Stock Point's Media Kit is available on our website.**

## Photos                    See all photos



**Stock Point Media**
July 31 at 8:16 PM · 🌐

The Big Grass Fire has consumed over 300,000 acres with 21% containment. KTVB News 7 interviewed Jordan Valley rancher Silas Skinner to get his take on the devastation.... **See more**

👍 454   💬 38   ↗ 75

**Stock Point Media**
July 31 at 4:23 PM · 🌐

Extreme heat and dry conditions expanded drought across much of the West, Northern Plains and Upper Midwest, while heavy rainfall improved conditions across the Southea... **See more**

👍 1   💬 1   ↗

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More

## Details

⭐ Not yet rated (0 Reviews)

## Links

🔗 **stockpointmedia.com**

## Contact info

📞 (208) 740-1624

✉️ **info@stockpointmedia.com**

💬 **Stock Point Media**

▶️ **Stock Point's Media Kit is available on our website.**

## Photos

See all photos



🔒 1 💬 1 ↗️

**Stock Point Media**
July 31 at 1:14 PM · 🌐

Last night, Logan had the privilege of sharing his journey with the National Junior Hereford Association's Faces of Leadership group. Leadership programs, breed associa... **See more**

👍 62 💬 ↗️ 2

🙋 Write a comment... 😊 😊 GIF 🙂

**Stock Point Media**
July 30 at 11:53 AM · 🌐

Fort Morgan, Colo., leaders say they're breathing a sigh of relief after Cargill and Teamsters Local 455 reached a tentative agreement that could end the nearly 70-day ... **See more**

WELCOME TO
**FORT MORGAN**
PEOPLE · PARTNERSHIP · PROGRESS

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More

## Details

⭐ Not yet rated (0 Reviews)

## Links

🔗 **stockpointmedia.com**

## Contact info

📞 (208) 740-1624

✉️ **info@stockpointmedia.com**

💬 **Stock Point Media**

▶️ **Stock Point's Media Kit is available on our website.**

## Photos

**See all photos**



Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More

**Stock Point Media**
July 29 at 12:37 PM · 🌐

Here's some news we could all use more of!... **See more**

👍 5    💬 1    ↪

**Stock Point Media**
July 29 at 1:16 AM · 🌐

An Oregon man faces multiple counts of second-degree arson in connection with a string of fires in Brogan Canyon, according to the Malheur County Sheriff's Office (MCSO... **See more**

YOUTUBE.COM
**Man faces 15 counts of second-degree arson tied to Oregon fires**

👍 4    💬    ↪

🖊️ Write a comment...    😊 ☺️ GIF 🏷️

**Stock Point Media**
July 28 at 4:37 PM · 🌐

Now here's a topic on everyone's mind... ... **See more**

## Stock Point Media

### Details

⭐ Not yet rated (0 Reviews)

### Links

🔗 **stockpointmedia.com**

### Contact info

📞 (208) 740-1624

✉️ **info@stockpointmedia.com**

💬 **Stock Point Media**

📺 **Stock Point's Media Kit is available on our website.**

### Photos

See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More



July 28 at 4:37 PM · 🌐

Now here's a topic on everyone's mind... ... **See more**

👍 4    💬 1    ↪ 1

**Stock Point Media**
July 27 at 4:58 PM · 🌐

The USDA Biannual Cattle Inventory Report shows July 1 cattle inventory up slightly with all cattle and calves in the U.S. totaling 94.2 million head, slightly above th... **See more**

👍 1    💬 1    ↪

**Stock Point Media**
July 27 at 12:08 AM · 🌐

On Thursday, July 23, the U.S. Department of Agriculture announced a substantial $80 million boost to domestic timber production across Oregon and Nevada in an attempt ... **See more**



## Stock Point Media

### Details

⭐ Not yet rated (0 Reviews)

### Links

🔗 **stockpointmedia.com**

### Contact info

📞 (208) 740-1624

✉️ **info@stockpointmedia.com**

💬 Stock Point Media

📽️ **Stock Point's Media Kit is available on our website.**

### Photos                    See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More

👍 9    💬 1    ↪

**Stock Point Media**
July 26 at 11:45 PM · 🌐

Agricultural economists say they are surprised that relatively few livestock producers use futures and options, despite the severe price swings common in cattle and hog...
**See more**

👍 4    💬 1    ↪

**Stock Point Media**
July 25 at 1:50 PM · 🌐

July 24 Cattle Report... **See more**

## Details

⭐ Not yet rated (0 Reviews)

## Links

🔗 **stockpointmedia.com**

## Contact info

📞 (208) 740-1624

✉️ **info@stockpointmedia.com**

💬 **Stock Point Media**

▶️ **Stock Point's Media Kit is available on our website.**

## Photos

**See all photos**



Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More

---

👍 3   💬 1   ↪

**Stock Point Media**
July 24 at 2:01 PM · 🌐

An awesome day for our friends at Live Ag for their Boise, ID sale! ... **See more**

**LiveAg · Follow**
Jul 23 · 🌐

From a packed room in Boise to buyers tuning in from across the country, today was another great day for the cattle industry.
Thank you to everyone w... **See more**
eAg · Original audio

👍 1   💬   ↪

🖼 Write a comment...   😊 😊 GIF 🙂

**Stock Point Media**
July 24 at 1:36 PM · 🌐

Wyoming ranchers are struggling with an existential problem out of their control. Hay has become harder to find, harder to grow, and more expensive to buy. Some say thi...
**See more**

## Stock Point Media

...

### Details

⭐ Not yet rated (0 Reviews)

### Links

🔗 **stockpointmedia.com**

### Contact info

📞 (208) 740-1624

✉️ **info@stockpointmedia.com**

💬 Stock Point Media

▶️ **Stock Point's Media Kit is available on our website.**

### Photos

See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More



👍 4   💬 1   ↪

**Stock Point Media**
July 24 at 1:06 AM · 🌐

According to an article from Ohio State University, with cattle prices at historical highs, few investments carry more weight for a cow-calf operation than the decision... **See more**

👍 5   💬 1   ↪

**Stock Point Media**
July 24 at 12:00 AM · 🌐

The USDA's semiannual cattle inventory report may offer an incomplete picture of herd rebuilding because beef-on-dairy cattle have changed the makeup of feedlots and re... **See more**

---

## Details

⭐ Not yet rated (0 Reviews)

## Links

🔗 **stockpointmedia.com**

## Contact info

📞 (208) 740-1624

✉️ **info@stockpointmedia.com**

💬 **Stock Point Media**

▶️ **Stock Point's Media Kit is available on our website.**

## Photos



See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More

👍 3   💬 1   ↪️

**Stock Point Media**
July 23 at 10:11 PM · 🌐

The world's biggest meat company, JBS, faces a landmark legal challenge to disclose how its $6bn (£4.5bn) global expansion plan is compatible with responsibilities to t...
**See more**

👍   💬 1   ↪️







## Details

⭐ Not yet rated (0 Reviews)

## Links

🔗 **stockpointmedia.com**

## Contact info

📞 (208) 740-1624

✉️ **info@stockpointmedia.com**

💬 Stock Point Media

▶️ **Stock Point's Media Kit is available on our website.**

## Photos

**See all photos**



Newly appointed committees will guide LMA's policy, advocacy and industry leadership efforts following record member participation at the association's Annual Convention.

👍 3   💬 1   ↗️   👍

**Stock Point Media**
July 9 at 4:32 PM · 🕐 · 🌐

Ranch broadcaster Ron Hays speaks with Dr. Richard Watson, Senior Soil Health and Grazing Specialist with American Farmland Trust, about a new $42 million initiative de... **See more**

👍 5   💬 1   ↗️   👍

**Stock Point Media**
July 9 at 2:30 PM · 🕐 · 🌐

New research from the University of California examines what wolves are eating, how livestock respond to their presence Two new studies examining gray wolves in Califor... **See more**

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More

## Stock Point Media

...

### Details

⭐ Not yet rated (0 Reviews)

### Links

🔗 **stockpointmedia.com**

### Contact info

📞 (208) 740-1624

✉️ **info@stockpointmedia.com**

💬 Stock Point Media

▶️ **Stock Point's Media Kit is available on our website.**

### Photos

See all photos



**Stock Point Media**
July 3 · 🌐

Cattle markets weakened Thursday as August live cattle fell $2.60 and feeders dropped $3.53, while boxed beef lost another $4.19, bringing the two-day Choice decline to... **See more**

👍 1    💬 1    ↪️

**Stock Point Media**
July 2 · 🌐

On Wednesday, July 1, the Trump administration announced plans to stop USMCA despite it widely being viewed as successful across North America.... **See more**

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More



**Details**

☆ Not yet rated (0 Reviews)

**Links**

🔗 stockpointmedia.com

**Contact info**

📞 (208) 740-1624

✉️ info@stockpointmedia.com

💬 Stock Point Media

▶️ Stock Point's Media Kit is available on our website.

**Photos**                    See all photos

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More

**Stock Point Media**
June 30 · 🌐

Chaney Akin of Cody didn't just dominate the National Junior High School Finals Rodeo last week on her tiny – and famous – horse in Oklahoma, she took home two NJHSFR world titles.

👍 3    💬 1    ↪

**Stock Point Media**
June 30 · 🌐

Derrell Peel and David Anderson talk economic impacts of New World Screwworm to U.S. cattle producers in the Oklahoma Farm Report. Listen to their insight here.👇

YOUTUBE.COM
**Clear-eyed: A Vision for U.S. beef processing in 2026**

👍 2    💬    ↪

Write a comment...

**Stock Point Media**
June 29 · 🌐

This week, the U.S. Supreme Court handed down a trio of landmark decisions that offer an instructive, mixed baseline for defenders of private property rights, the

## Details

☆ Not yet rated (0 Reviews)

## Links

🔗 **stockpointmedia.com**

## Contact info

📞 (208) 740-1624

✉️ **info@stockpointmedia.com**

💬 Stock Point Media

▶️ **Stock Point's Media Kit is available on our website.**

## Photos

See all photos



June 29 · 🌐

This week, the U.S. Supreme Court handed down a trio of landmark decisions that offer an instructive, mixed baseline for defenders of private property rights, the separ... **See more**

👍 2    💬 1    ↪

**Stock Point Media**
June 29 · 🌐

The largest fire in the United States is marching through deep canyons and over steep mountainsides, blackening an already parched landscape in Utah as residents of spa...
**See more**

👍 9    💬 1    ↪

**Stock Point Media**
June 26 · 🌐

The Cowboy State Daily shared that mandatory country-of-origin labeling for beef appears increasingly unlikely to make it into the 2026 Farm Bill after a draft released...
**See more**

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More

## Stock Point Media

...

### Details

⭐ Not yet rated (0 Reviews)

### Links

🔗 **stockpointmedia.com**

### Contact info

📞 (208) 740-1624

✉️ **info@stockpointmedia.com**

💬 Stock Point Media

📲 **Stock Point's Media Kit is available on our website.**

### Photos

See all photos



Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More

**Stock Point Media**
June 26 · 🌐

The National Drought Monitor issued its July 25 report yesterday, sharing that heavy rains across much of the country are providing relief in some intense drought areas...
**See more**

👍 1    💬 1

**Stock Point Media** updated their profile picture.
June 26 · 🌐



Document title: Facebook
Capture URL: https://www.facebook.com/profile.php?id=61591398931799
Capture timestamp (UTC): Wed, 05 Aug 2026 03:10:31 GMT
Page 18 of 18