Erik F. Stidham (ISB #5483)
Jennifer M. Aiko (ISB #9275)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-7714
Telephone:  208.342.5000
EFStidham@hollandhart.com
JMAiko@hollandhart.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN LIVESTOCK JOURNAL, LLC, an Oklahoma limited liability company and SUPERIOR LIVESTOCK AUCTION, LLC an Oklahoma limited liability company,<br><br>    Plaintiffs,<br><br>vs.<br><br>LOGAN M. IPSEN, an individual and STOCK POINT MEDIA GROUP, LLC, an Idaho limited liability company,<br><br>    Defendants. | Case No.   1:26-cv-00500-REP<br><br>**DECLARATION OF KIRBY BRINCEFIELD IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

I, Kirby Brincefield, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am currently the Senior Operations Manager of Western Livestock Journal, LLC ("WLJ"). I make this declaration based on my personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently to the matters set forth below.

2. I joined WLJ in January 2023 as the Operations and Production Manager, which meant I was second in command, after Logan Ipsen ("Ipsen"). I served as Operations and

Production Manager until Ipsen resigned from WLJ, when I was promoted to Senior Operations Manager.

3.      Prior to my employment with WLJ, I spent more than 11 years in the livestock industry, working for the National Cattlemen's Beef Association, the Indiana State Fair, and PrimeTime AgriMarketing. I have a Bachelor of Science degree in Agricultural Communications from Texas Tech University.

4.      As Senior Operations Manager with WLJ, I manage all aspects of WLJ's day-to-day operations. For example, this includes working with field representatives to build ads, overseeing all billing, making sure the editorial team has the resources to complete publication, managing subscriptions, and other tasks. These duties are very similar to my duties when I was Operations and Production Manager.

5.      To carry out my job responsibilities under both titles, I have access to WLJ's SimpleCirc account, which contains a compilation of confidential information on WLJ's print subscribers ("Subscriber List"). SimpleCirc includes the names and mailing addresses of all print subscribers, past and present. There is additional information on some but not all of those subscribers including phone number, email, notes about key contacts, methods of mailing, when the subscription was initiated, when the subscription was last renewed, and other information considered significant.

6.      The Subscriber List is subject to secrecy measures. WLJ specifically keeps the individualized information described above solely within the SimpleCirc software platform to maintain its confidentiality. An individual may only access the SimpleCirc if he or she has a unique login, including username and password. Only three WLJ employees presently have login credentials to SimpleCirc, Employees with access are limited to only those who need the

information—Hannah Jackson (Circulation Manager), Anna Miller Fortozo (Managing Editor), and myself. When Logan Ipsen was employed with WLJ, he also had a username and password. Right after he resigned, I put in the IT request to have his login credentials deactivated.

7. WLJ also maintains within Constant Contact a list of recipients of email newsletters and other email updates ("Email List"). This database is also secured with username and password, and a two-factor authentication process that sends a text to my cell phone. Only Mike Oldcorn and I have any regular business need to access Constant Contact. Logan Ipsen was not given access because, to my knowledge, he was not involved in the sending of email newsletters or updates.

8. The Subscriber List and Email List represent years of effort by WLJ to develop relationships with readers, advertisers, and industry participants in the western livestock sector. The contacts on the lists include seedstock producers, auction markets, ranchers, and western agricultural businesses who have subscribed to WLJ's publications. The lists were (and are) not publicly available and could not be readily assembled from public sources.

9. On June 17, 2026, I was on a call with Ipsen and Anna Miller Fortozo for about an hour. During that call, Ipsen communicated his frustration with the turnaround plans Superior was requiring him to implement. He told us that Superior had a personal vendetta against him, which was the reason for the operational changes. After saying this, he indicated that he was developing a side project that seemed to involve quitting and taking the sales staff with him. Specifically, he said: "I don't have any intention of just bailing. But I'm not afraid to go start my own thing when I'm out. And that's where I stand. I have a pretty neat project . . . in the works, just in case. But I just feel like I've got to give this my best effort . . . trying to navigate this and figure it out, or figure out where I can keep the salespeople together under a different name." When I confronted him about his "Plan B" that would leave us to pick up the pieces after he left, Ipsen responded that

**DECLARATION OF KIRBY BRINCEFIELD IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION - 3**

he wasn't "just trying to leave and you guys pick up the pieces. It's me leaving so that the pieces stay together."

10. During the June 17, 2026 call, Ipsen also indicated that he had shared with one of the salesmen (Jared Patterson) the content of confidential communications about the planned reassignment of Patterson's sales accounts.

11. Later, after Ipsen resigned, I discovered that Ipsen met with the three WLJ salesmen on June 26, 2026, via Zoom, three days before he resigned. Attached hereto as **Exhibit A** is a true and correct copy of an email sending the Zoom link to the three salesmen, which I downloaded from the account [logan@wlj.net](mailto:logan@wlj.net) after Ipsen's resignation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: August 4, 2026

By: _____
Kirby Brincefield
Western Livestock Journal, LLC

38882311_v1

**DECLARATION OF KIRBY BRINCEFIELD IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION - 4**