# EXHIBIT A

**From:** Logan Ipsen
**To:** Jared Patterson; Ty Groshans; Kevin Murnin
**Subject:** Call Link
**Date:** Friday, June 26, 2026 8:45:02 AM

Gentlemen,

Here is the link for today's call. See you at 11:30 (or when Kevin is available after Northern sale)

https://us06web.zoom.us/j/88191496004?pwd=0T3oPwhaWsfqLAH6UCPEsm7zW4Mej7.1

**Logan Ipsen**

President, Western Livestock Journal

4550 Elgin Rd | New Plymouth, ID 83655

916.947.2392 | logan@wlj.net

*::Please note our new address::*

**Western Livestock Journal**

6021 S. Syracuse Way Ste #103 | Greenwood Village, CO 80111 | (O) 303.722.7600

editorial@wlj.net | advertising@wlj.net | circulation@wlj.net | classified@wlj.net