# EXHIBIT A

# WLJ

## Western Livestock Journal, LLC

## Employee Handbook

**(Revised January 1, 2022)**

# WELCOME TO WESTERN LIVESTOCK JOURNAL

On behalf of myself and your new colleagues, welcome to Western Livestock Journal. We are happy to have you as a new member of our team!

Western Livestock Journal has earned a reputation as a leader in the industry. We are successful because of the individual contributions made by each of our employees. You were selected to join Western Livestock Journal's team because we feel you have the skills, ability and commitment needed to help us deliver the finest service available to our customers. Since founding Western Livestock Journal, we have held to a very simple philosophy: exceptional service to our customers in order to keep our customers. We want to ensure that these relationships continue well into the future.

We hope you will find your job challenging and rewarding and will enjoy with us the special feelings of satisfaction that comes with doing a job well.

This handbook will explain many of the benefits you will enjoy as a Western Livestock Journal employee, and some of the rules and regulations that enable our Company to run smoothly. If you have any questions, or if there is something we can do to help you succeed and grow with us, please contact the Management.

We extend to you our personal best wishes for your success and career development as a member of Western Livestock Journal.

Sincerely,

*Danny Jones*

Danny Jones, President
Western Livestock Journal

# PERSONNEL POLICY AND PRACTICES

This handbook is designed to be a summary of personnel policies and practices as they apply to all The Company personnel. Although this handbook is not a contract or legal document, it does provide a working guide for use in understanding and applying all policies and practices. It is meant to be helpful to all employees and their supervisors.

Please understand that circumstances may arise requiring changes in the policies, practices and benefits described in this manual. Accordingly, The Company reserves the right to amend the contents as it deems appropriate.

Should any provision in this Employee Handbook be found to be unenforceable or invalid, such finding does not invalidate the entire Employee Handbook, but only that particular provision.

This Employee Handbook replaces and supersedes any and all other The Company Employee Handbooks, or other The Company policies, whether written or verbal.

Compensation, Leave and Benefits are included as Appendix A and is an informational detailed listing of benefits available to both part-time and full-time employees. Paid holidays for full-time employees are listed on Appendix B and will be updated annually.

**This manual does not constitute a contract of employment.**

**All employees of The Company are employees at-will, unless the terms and conditions of your employment are otherwise specifically agreed to in a valid and enforcement written agreement.**

# MISSION STATEMENT

To be determined.

# EMPLOYMENT OPPORTUNITY

The Company's continuing policy is to afford Equal Employment Opportunity to qualified individuals regardless of their race, color, sex, religion, age, creed, marital status, national origin, ancestry, physical or mental disability, sexual orientation, affectional preference, veteran status or citizenship status, or any other classification protected by law. This policy of equal opportunity encompasses all aspects of the employment relationships, including applications and initial employment, promotion and transfer, selection for training opportunities, wage/salary administration, recruiting, hiring, reassignments,  sponsored training, compensation, benefits, layoff and rehires, termination of employment, recreation programs, and the application of services, retirement, seniority, employee benefit plan policies and other terms and conditions of employment as provided by law.

The Company, as part of its commitment to Equal Employment Opportunity, adheres to all City, State and Federal laws with respect to Equal Employment Opportunity.

However, if anyone feels that they have been treated unfairly in any aspect of their employment, we want to assure you that you have an opportunity to present your concerns. The Management for The Company will make special efforts to ensure that all supervisory personnel understand and effectively implement this policy.

Further, all complaints of discriminatory treatment in violation of this policy must be brought to the attention of the Management so that an internal investigation may be undertaken promptly. At the conclusion of an investigation and/or within a reasonable time thereafter, the Management will contact the employee(s) and communicate their findings, if appropriate. Any employee, including managers, involved  in, or  condoning, discriminatory practices  will be disciplined up to and including termination.

We must all realize that it is the responsibility of each and every employee of The Company to give our policy of Equal Employment Opportunity real meaning through our full support.

All members of management are primarily responsible for seeing that The Company's Equal Employment policies are implemented, but all staff share in the responsibility for assuring that by their personal actions the policies are effective and apply uniformly to everyone.

# IMMIGRATION LAW COMPLIANCE

All offers of employment are contingent on verification of your right to work in the United States. On your first day of work you may be asked to provide original documents verifying your right to work and as required by federal law, to sign a Federal Form I-9, Employment Eligibility Verification Form. If you at any time cannot verify your right to work in the United States, The Company may be required to terminate your employment and take such other action as required by law.

# ORIENTATION

Your first few weeks on the job are very important and starting any new job requires a period of adjustment. You will meet many people and learn new procedures, some of which may be detailed and complicated. Therefore, the pace at The Company may be faster than the one to which you may have been accustomed.

To gain a thorough knowledge of the operations of The Company, it is essential that you ask questions. During busy times, make a note of questions you have, and discuss them later with your manager. Please do not rely on others information that you are not certain about. Take the initiative to learn all you can, because those who are successful in this dynamic business never stop learning and adding to their store of knowledge.

The Company provides a brief orientation at the time you begin employment and fill out your paperwork. In addition, a formal group orientation meeting is held periodically. You will be notified as to when you should attend this meeting. However, your department is primarily responsible for ensuring that you have what you need in order to perform your job appropriately.

# WHAT YOU CAN EXPECT FROM THE COMPANY

The Company believes in creating a harmonious working relationship among all employees. In pursuit of this goal, The Company has created the following employee relations objectives:

1. Provide an exciting, challenging and rewarding workplace and experience.
2. Select qualified people on the basis of skill, training, ability, attitude and character regardless of age, sex, color, race, creed, national origin, religion, marital status, citizenship status, ancestry, sexual orientation, affectional preference, physical or mental disability, veteran status, or any other classification protected by law.
3. Review wages, employee benefits and working conditions regularly with the objective of being competitive in these areas consistent with sound business practices.
4. Provide eligible employees with Paid Time Off (PTO) and holidays consistent with the policy contained herein.
5. Provide eligible employees with health and welfare benefits consistent with the policy contained herein.
6. Assure employees, after talking with their manager, an opportunity to discuss any issue or problem with the Management, to the extent practicable.
7. Take prompt and remedial action in response to complaints brought to the attention of supervisory personnel and the Management, to the extent practicable.
8. Respect individual rights and treat all employees with dignity and respect.
9. Maintain mutual respect in our working relationship.
10. Provide a workplace that is comfortable, orderly and safe.
11. Promote employees on the basis of their ability and merit.
12. Keep employees informed of the progress of The Company as well as its overall goals and objectives.
13. Promote an atmosphere in keeping with The Company's vision, mission and goals.

# TEAMWORK AND SERVICE TO THE CUSTOMER

As you learned from our Mission Statement, excellent service to our customers is a primary goal. Our success is a result of consistently performing beyond our customers' expectations.

To perform at this level, it is essential that all The Company employees/departments operate as a team. Whatever your job function, you are a member of the team that services customers because all our jobs are related to and dedicated to that end.

As a member of a team you do not work in a vacuum because the quantity and quality of the work you do affects your co-workers and, ultimately, the customer. We expect you to set high standards for yourself, in the job you do, the way you communicate and the way you interact with others.

# WHAT THE COMPANY EXPECTS FROM YOU

The Company needs your help in making each working day as satisfying and rewarding as possible. Your first responsibility is to know your own duties and how to do them promptly, correctly and pleasantly. Secondly, you are expected to cooperate with management and your fellow employees which includes maintaining a good team attitude.

How you interact with fellow employees and those whom The Company serves, and how you accept direction can affect the success of your department. In turn, the performance of one department can impact the entire service offered by The Company. Consequently, whatever your position, you have an important assignment: perform every task to the very best of your ability.

You are encouraged to grasp the opportunities for personal development that are offered to you. This Employee Handbook offers insight on how you can perform positively and to the best of your ability to meet and exceed The Company's expectations.

The Company expects all employees to be responsible for their own actions and to maintain standards of performance and behavior that reflects The Company's status in the industry. It is your responsibility to make sure you understand the standard of performance and behavior expected, and to conduct yourself accordingly.

We strongly believe you should have the right to make your own choices in matters that concern and control your life. We believe in direct access to management. We are dedicated to making The Company a company where you can approach your manager, or any member of management, to discuss any problem or question. We expect you to voice your opinions and contribute your suggestions to improve the quality of The Company. We are all human, so please communicate with each other and with management.

Remember, you help create the pleasant and safe working conditions that The Company intends for you. The result will be better performance for The Company overall, and more personal satisfaction for you.

# OPPORTUNITIES FOR ADVANCEMENT

It is our policy to provide opportunities for promotion to our employees that are within our Equal Employment Opportunity guidelines.

While there is no formal career development policy, the first criterion for any promotion is to consistently do a good job in your current assignment. Secondly, you must let your manager know you are interested in more responsibility and discuss methods for your development. Continuing your education is another positive step. Management can help you explore other factors affecting your career development.

# CUSTOMER RELATIONS

The success of The Company depends upon the quality of the relationships between The Company, our employees, customers, owner's representatives, and the general public. Our customers' impression of The Company and their interest and willingness to stay with us is greatly formed by the people who serve them. In a sense, regardless of your position, you are The Company's ambassador. The more goodwill you promote, the more our clients will respect and appreciate you, The Company, and our services.

Below are several things you can do to help give clients a good impression of The Company. These are the building blocks for our continued success.

1. Act competently and deal with clients in a courteous and respectful manner.

2. Always communicate pleasantly and respectfully with other employees.

3. Follow up on orders and questions promptly, provide businesslike replies to inquiries and requests, and perform all duties in an orderly manner.

4. Take great pride in your work and enjoy doing your very best.

These policies apply to all areas of employment, including recruitment, hiring, training and development, promotion, transfer, termination, layoff, compensation benefits, social and recreational programs, and all other conditions and privileges of employment in accordance with applicable federal, state and local laws.

# EMPLOYEE RECORDS

Your employee records are maintained by Management. It is important that the following information be kept up-to-date.

- Legal name
- Home address
- Telephone number

- Person to contact in case of emergency
- List of beneficiaries on benefit plans
- Social Security number
- Driving record or status of driver's license, if driving privileges are a part of your job responsibilities.
- Exemptions on your W-4 tax form.
- Training certificates or licenses maintained

Please be sure to notify the Management if there are any changes which may affect the above, so your records can be updated accordingly.

# NON-HARASSMENT POLICY

The Company strives to provide a work environment that is pleasant, professional, and free from intimidation, hostility or other offenses which might interfere with work performance. Harassment of any sort - verbal, physical, visual - will not be tolerated.

1. **Definition**
   Workplace harassment can take many forms. It may be, but is not limited to, words, signs, offensive jokes, cartoons, pictures, posters, e-mail jokes or statements, pranks, intimidation, physical assaults or contact, or violence. Harassment is not necessarily sexual in nature. It may also take the form of other vocal activity including derogatory statements not directed to the targeted individual but taking the place within their hearing. Other prohibited conduct includes written material such as notes, photographs, cartoons, articles of a harassing or offensive nature, and taking retaliatory action against an employee for discussing or making a harassment complaint.

2. **Responsibility**
   All employees, regardless of their position(s), have a responsibility for keeping our work environment free of harassment. Any employee who becomes aware of an incident of harassment, whether by witnessing the incident or being told of it, must report it to their immediate supervisor or the Management. When management becomes aware of the existence of harassment, it is obligated by law to take prompt and appropriate action, whether or not the victim wants The Company to do so.

3. **Reporting**
   Any incidents of harassment must be immediately reported to their immediate supervisor or the Management. Upon receiving a report of harassment, an appropriate investigation and disciplinary action will be taken, if appropriate. All reports will be promptly investigated with due regard for the privacy of everyone involved. However, confidentiality cannot be guaranteed. Any employee found to have harassed a fellow employee or subordinate will be subject to severe disciplinary action up to and including termination. The Company will also take any additional action necessary to appropriately remedy the situation. Retaliation of any sort will not be permitted. No adverse employment action will be taken for any employee making a good faith report of alleged harassment.

4. **Protection Against Retaliation**

The Company will not in any way retaliate against any employee who makes a complaint of harassment or against any participant in the investigation, nor will it permit any supervisor or employee to do so. Retaliation is a serious violation of this harassment policy and should be reported immediately. Any employee found to have retaliated against another employee for reporting harassment will be subject to the same disciplinary action described above.

Further, any employee who makes an intentional or reckless false complaint also will be subject to the same disciplinary action as described above.

# SEXUAL HARASSMENT POLICY

The Company is committed to maintaining a work environment free of unlawful discrimination and harassment, and therefore, has zero tolerance for workplace sexual harassment.

Sexual harassment consists of any unwelcome conduct, whether verbal, visual or physical, that is based upon a person's gender. Such conduct is unlawful and prohibited whenever it affects tangible job benefits, unreasonably interferes with an individual's work performance, or creates an intimidating, hostile, or offensive working environment.

Sexual harassment undermines the integrity of the employment relationship. All employees have the right to work in an environment free from unsolicited and unwelcome sexual overtures. The Company will not tolerate any form of gender-based or sex-based discrimination, including any kind of sexual harassment against any employee or applicant for employment. Such discrimination violates federal and state law, and The Company's Sexual Harassment Policy.

5. **Definition**

Sexual harassment consists of unwelcomed sexual advances, requests for sexual favors, and other verbal, visual, and physical conduct of a sexual nature whenever:

a. Submission to the conduct is made either in explicit or implicit condition of employment;
b. Submission to or rejection of the conduct is used as the basis for an employment decision affecting the harassed employee; or
c. Harassing conduct unreasonably interferes with an employee's work performance or creates an intimidating, hostile, or offensive working environment.

6. **Examples**

a. Unwelcome physical contact with sexual overtones;
b. Sexually offensive comments such as slurs, jokes, epithets, and innuendo;
c. Inappropriate, repeated, or unwelcome sexual flirtations, advances, or propositions;
d. Inappropriate or suggestive comments about another person's physical appearance, characteristics or dress;

e. Exchanging or offering to exchange any kind of employment benefit for a sexual concession, e.g., promising a promotion or raise in exchange for sexual favors; or

f. Withdrawing or threatening the withdrawal of any kind of employment benefit for refusing to grant a sexual favor.

7. **Responsibility**

The prohibition against sexual harassment applies to everyone – managers, supervisors, salaried and hourly workers, temporary employees, contractors, vendors and visitors. The Company will not tolerate sexual harassment of any kind by anyone.

8. **Reporting**

Any employees who believe that they have been sexually harassed should report the incident to their immediate supervisor. If you consider a discussion with your immediate supervisor inappropriate, you may bypass your supervisor and report the incident directly to Human Resources, Management or the Chairman of the Board of Directors.

Complaints of sexual harassment will be investigated thoroughly and quickly. Whenever appropriate, disciplinary action will be taken against the harassing party, up to and including termination. The Company will also take appropriate action to deter further sexual harassment. You will be advised of the results of the investigation and of any action taken, if appropriate. Employees, supervisors, and managers must report any incident of sexual harassment they may observe, even if they are not the target or victim of such harassment. Such reports will be handled in the same fashion as complaints by victims of sexual harassment.

9. **Confidentiality**

Any allegation of sexual harassment brought to the attention of their immediate supervisor, Human Resources, Management, or the Board of Directors will be promptly investigated. Confidentiality will be maintained throughout the investigatory process, to the extent practicable under the circumstances.

10. **Discipline for Engaging in Sexual Harassment**

Any employee found to have engaged in misconduct constituting sexual harassment will be subject to appropriate discipline, up to and including termination. Additional action may include: referral to counseling, withholding of a promotion, reassignment, temporary suspension without pay or financial penalties.

This policy is designed to protect all employees from sexual harassment in any way associated with the workplace or work environment, regardless of the identity or status of the harasser. Although The Company's ability to discipline a non-employee harasser may be limited by the degree of control, if any, that it has over the alleged harasser, any employee who believes that they have been subjected to sexual harassment should file a complaint and be assured that appropriate action will be taken.

**11. Protection Against Retaliation**

The Company will not in any way retaliate against any employee who makes a complaint of sexual harassment or against any participant in the investigation, nor will it permit any supervisor or employee to do so. Retaliation is a serious violation of this sexual harassment policy and should be reported immediately. Any employee found to have retaliated against another employee for reporting sexual harassment will be subject to the same disciplinary action described above.

Further, any employee who makes an intentional or reckless false complaint also will be subject to the same disciplinary action as described above.

# EMPLOYEE ABSENTEEISM POLICY

Our philosophy at The Company on absenteeism is this: First, absenteeism is controllable; second, there is no reason why all employees cannot be at work, on time, all the time, and last, a few employees cause most of the lost time. Therefore, absence control is best achieved through individual treatment aimed at the irresponsible, chronic absentee.

We define an absence as failure to report and remain at work as scheduled; this includes late arrival at work and leaving early as well. Absence then includes all time lost from the job whether excused or unexcused, avoidable or unavoidable. The only exceptions to this definition of absence are holidays, vacations, death in the immediate family, worker's compensation cases, approved leaves of absence, and days for which no work is scheduled.

You are expected to report to work on time, on a regular basis. Unnecessary absenteeism and lateness are expensive, disruptive, and places an unfair burden on other employees and your supervisor. Unsatisfactory attendance will also result in disciplinary action, including suspension and discharge. It will also have an adverse effect on any promotion considerations.

If you are going to be late or absent for any reason, you are required to notify your supervisor as far in advance as possible. Explain why you are going to be absent and when you expect to return to work.

**NOTE: It is your responsibility to ensure that proper notification is given. Asking another employee, friend, or relative to give this notification is not considered proper, except under emergency conditions.**

Any employee who fails to give such notification will be charged with an unexcused absence. If an employee is absent for three consecutive days without notifying The Company, he or she is subject to disciplinary action up to and including termination. If notice is given and The Company does not think it justifies the absence, it will be considered unexcused.

If you are absent because of an illness for three (3) or more successive days, your supervisor may request that you submit written documentation from your doctor stating you are able to resume normal work duties before you will be allowed to return to work.

A consistent pattern of questionable absences can be considered excessive and may be cause for concern. In addition, excessive lateness or leaving early without approval will be considered a "lateness pattern" and may carry the same weight as an absence. Other factors, like the degree and reason for the lateness, will be taken into consideration.

# SMOKING/VAPING POLICY

The Oklahoma Smoking in Public Places and Indoor Workplaces Act prohibits lighted tobacco in any form in any "indoor workplace". The Company is committed to providing a safe and healthy workplace and to promoting the health and well-being of its employees. As such, the following policy has been adopted and applies to all employees of The Company.

This ban on smoking applies to all indoor areas such as workplaces, lounges, restrooms, meeting rooms, cafeterias, hallways or even elevators. Smoking is only permitted outside the building. Any problems regarding this policy should be addressed with Management. Please remember to observe this policy and respect the rights of your co-workers, both smokers and non- smokers. Retaliatory acts against employees exercising their rights under this Act is strictly prohibited.

# ALCOHOL & SUBSTANCE ABUSE

The Company prohibits at all times the unlawful manufacture, sale, distribution, use, dispensation, receipt, transportation or possession of illegal drugs or unauthorized control substances on the Company's premises or while engaged in business for the Company off the premises. The Company also prohibits the unauthorized use of alcoholic beverages on the premises. Further, it is a violation of The Company's policy for anyone to engage in work for the Company or to report to work in any impaired or intoxicated condition or under the influence of alcohol, drugs, or illegal substances.

This policy applies to all regular and part-time employees and temporary workers of The Company as well as to all consultants, vendors, and other individuals providing services to the Company at any time on the premises or while engaged in business for the Company.

Employees may be required to submit to random drug and alcohol abuse screenings.

# ETHICAL STANDARDS

The Company strives to maintain the highest standards of personal and business ethics and corporate conduct. As an employee, you are required to do the same. Your daily activities on behalf of The Company should always be carried out in an ethical and legal manner, and conflicts of interest should be avoided.

# DRESS CODE

Please understand that you are expected to dress and groom in accordance with accepted social and business standards, particularly if your job involves dealing with customers or visitors in person.

A clean appearance contributes to the positive impression you make on our customers. You are expected to be suitably attired and well-groomed during working hours or when representing The Company. A clean and neat personal appearance bolsters your own poise and self-confidence and enhances The Company's image.

# GUIDELINES FOR CONDUCT

Every organization requires a set of rules so that the group as a whole may operate smoothly and safely to accomplish its goals. Because the safety and comfort of everyone depends on these rules, violators may be subject to discipline up to and including discharge. We ask the cooperation of all employees of The Company in the observance of these policies.

Additional standards of conduct are contained elsewhere in this Employee Handbook. Obviously, it is not possible to list every type of conduct which may result in disciplinary action. You should, therefore, talk to your supervisor if you are unsure of what to do in a given situation. The following kinds of conduct are absolutely prohibited:

1. Abuse, mistreatment, or threatening of a customer or another employee, either physical, verbal, or psychological whether on or off The Company's premises.
2. Falsification of employment application or other employee records.
3. Insubordination.
4. Using obscene or abusive language.
5. Sleeping on the job during the employee's working hours.
6. Soliciting tips or gratuities from customers.
7. Disregard of one's appearance, uniform, dress or personal hygiene.
8. Dishonesty.
9. Commission of a crime.
10. Violation of all safety rules.
11. Tardiness or absenteeism or unauthorized absence by an employee from his or her work area during an employee's working time.
12. Immoral, indecent or disorderly conduct of any nature on The Company's premises.
13. Unauthorized use and/or possession of narcotics, dangerous drugs, intoxicating beverages or substances, or being under the influence of intoxicants or drugs on premises or during working hours.
14. Any discourtesy, unkindness or impatience with customers or with any member of the public visiting The Company.

15. Creating or contributing to unsafe or unsanitary conditions by act or omission or engaging in "horseplay" while on The Company property.

16. Unauthorized possession of property belonging to The Company, of another employee or of a customer or visitor to The Company.
17. Negligent or deliberate destruction of or misuse of property belonging to The Company or to a customer or visitor to The Company.
18. Unauthorized possession, use, copying or reading of The Company's records, or disclosure of information contained in such records to unauthorized persons.
19. Poor attitude or disrespect to management, your supervisor, the customers or visitors to The Company.
20. And any act of misconduct, incompetence, or any violation of this Employee Handbook which may, in management's sole discretion, be grounds for disciplinary action and/or termination of employment.

# NON-DISCLOSURE OF CONFIDENTIAL INFORMATION

During your employment with The Company, you may see confidential information such as customer financial information or other personal information pertaining to customers. It is against The Company policy to disclose to anyone confidential information regarding the operations of The Company.

Because it is vital to the interest and success of the Company that business information and trade secrets be protected, certain individuals may be asked to sign a non-disclosure agreement as a condition of their employment.

Disclosure of confidential information concerning the operations of The Company is strictly prohibited.

# SOLICITATION OR DISTRIBUTION OF LITERATURE

The Company strictly prohibits both employees and others from soliciting and/or distributing literature on The Company premises during business hours. The Company has established specific policies on solicitation for employees and for non- employees.

**EMPLOYEES:**

- May neither engage in solicitation of any kind, nor allow themselves to be solicited during their work time;
- May not distribute or post any kind of literature in work areas or on bulletin boards; and
- May be subject to immediate dismissal or corrective action if they violate the policies.

**NON-EMPLOYEES:**

- May not solicit and/or distribute literature of any kind anywhere on The Company premises including bulletin boards; and

- Are subject to the strict enforcement of this policy by managers and others in authority at The Company.

# GENERAL HOUSEKEEPING

The Company provides safe and suitable working conditions for all employees. You are urged to cooperate in every way to maintain this environment. Work areas and desks should be left in an orderly condition at the close of the day.

# CREDIT AND INVESTIGATIVE REPORTS

The Company may, at the time you begin your employment, or at any time during your employment, wish to obtain a consumer credit report and/or investigative report concerning your creditworthiness for employment purposes. In order to procure these reports, The Company will require you to complete its Authorization and Disclosure Forms. Please read these Forms very carefully before you sign them, and make sure to retain copies of them for your own records after you sign them.

The Company may take adverse action against you in connection with the information in the consumer report and/or investigative report, which may include a denial of employment or any other employment decision that adversely affects you.

However, The Company will not take any adverse action against you on the basis of the consumer report and/or investigative report without first providing you with both a copy of the report which is the basis for the adverse action and also a copy of A Summary of Your Rights Under the Fair Credit Reporting Act.

In the event that The Company does take adverse action against you based upon a consumer report or investigative report, The Company will, either orally, electronically, or in writing, within thirty (30) days: (1) notify you of the action taken; (2) provide you with the name, address, and telephone number, including a toll-free number, if any, of the consumer reporting agency which provided the report to The Company; and (3) notify you of your rights to (i) obtain a free copy of the report from the consumer reporting agency within the applicable sixty (60) day period, and (ii) dispute the accuracy and completeness of the report with the consumer reporting agency; and (4) inform you of the reason for the adverse action and the nature of the information upon which the adverse action was based.

Please review carefully, sign, and immediately return to Management the accompanying Consumer Report Authorization and Disclosure Form, if you have not done so already.

Please feel free to contact Management if you have any questions.

# CRIMINAL BACKGROUND CHECKS

Every employee of The Company, whether full-time, part-time, volunteer or consultant, may be subject to a criminal background check.

As part of this background check, The Company may request the disclosure of criminal convictions which are related to a person's job, except those which have not been expunged or sealed. However, a conviction or convictions may not necessarily be an absolute bar to employment. The Company will not request the disclosure of a person's criminal arrest record.

Please review carefully, sign, and immediately return to Management the accompanying Background Investigation Authorization, if you have not done so already.

Please feel free to contact Management if you have any questions.

# USE OF THE COMPANY EQUIPMENT

The equipment used in accomplishing your work is expensive and may be difficult to replace. Exercise care when using tools and equipment and follow all operating instructions, maintenance requirements and safety guidelines. Report damages or deterioration of equipment immediately to the Management.

You are responsible for all property, materials or equipment issued to you or in your control during your employment with The Company. Should you leave The Company for any reason, you are required to return it to your manager before your last day of work.

# SAFETY

**General Employee Safety:**
The Company is committed to the safety and health of all employees and recognizes the need to comply with regulations governing injury and accident prevention and employee safety. Maintaining a safe work environment, however, requires the continuous cooperation of all employees.

The Company will maintain safety and health practices consistent with the needs of our industry. If you are ever in doubt about how to safely perform a job, it is your responsibility to ask your supervisor for assistance. Any suspected unsafe conditions and all injuries that occur on the job must be reported immediately. Compliance with these safety rules is considered a condition of employment. Therefore, it is a requirement that each supervisor make the safety of employees an integral part of her/his regular management functions. It is the responsibility of each employee to accept and follow established safety regulations and procedures.

**Reporting Safety Issues:**
All accidents, injuries, potential safety hazards, safety suggestions and health and safety related issues must be reported immediately to your supervisor. If you or another employee is injured, you should contact outside emergency response agencies, if needed. If an injury does not require medical attention, a Supervisor and Employee Report of Accident Form must still
be completed in case medical treatment is later needed and to ensure that any existing safety hazards are corrected. The Employee's Claim for Worker's Compensation Benefits Form must be completed in all cases in which an injury requiring medical attention has occurred.

Federal law Occupational Safety and Health Administration (OSHA) requires that we keep records of all illnesses and accidents which occur during the workday. The State Workers' Compensation Act may also require that you report any workplace illness or injury, no matter how slight. If you fail to report an injury, you may jeopardize your right to collect workers' compensation payments as well as health benefits. OSHA also provides for your right to know about any health hazards which might be present on the job. Should you have any questions or concerns, contact your supervisor for more information.

# SEPARATION OF EMPLOYMENT

**Termination of Employment:**
Unless otherwise provided by a written contract for employment, The Company operates under the principle of employment at-will. This means that neither you nor The Company has entered a contract regarding the duration of your employment. You are free to terminate your employment at any time, with or without reason. The Company expects that you will give at least two (2) weeks-notice in the event of your resignation.

Likewise, The Company has the right to terminate your employment, or otherwise discipline, transfer, or change your position at any time, with or without reason, consistent with applicable state and federal law.

**Insurance Conversion Privileges:**
According to the federal Consolidated Omnibus Budget Reconciliation Act (COBRA) of 1985, described above, in the event of termination of employment, or loss of eligibility to remain covered under The Company group health insurance program, you and your eligible dependents may have the right to continued coverage under or health insurance program for a limited period of time at your own expense. Please refer to the Benefits section in Appendix A. on your Group Health Insurance Benefits or contact the Management for more details.

**Exit Interviews:**
In the instance of voluntary separation, The Company's management may request an exit interview to discuss your reasons for leaving and any other impressions that you may have. Your insights would be helpful. Every attempt will be made to keep all information confidential.

**Return of The Company Property:**
Any property issued to you, such as computer equipment, keys, The Company credit cards or The Company petty cash accounts is the property of The Company and must be returned at the time of your termination. You will be responsible for any lost or damaged items.

# COMPENSATION, LEAVE AND BENEFITS

## PLEASE SEE ATTACHED APPENDIX A.

# PAID HOLIDAYS

## PLEASE SEE ATTACHED APPENDIX B.

# CLOSING STATEMENT

The Management of Western Livestock Journal thanks you for taking the time to thoroughly read our Employee Handbook.

The Management expects everyone to abide and follow the policies as set forth and described. However, all employees are encouraged to bring forward their suggestions and good ideas about how Western Livestock Journal can be made a better place to work, our jobs improved, and our services to our clients enhanced. When you see an opportunity for improvement, please talk in over with your supervisor. They can help you bring your idea to the attention of the people in Western Livestock Journal who will be responsible for possibly implementing it. All suggestions are valued and will be listened to.

Sincerely,

*Danny Jones*
Danny Jones, President
Western Livestock Journal

# RECEIPT AND ACKNOWLEDGMENT OF WESTERN LIVESTOCK JOURNAL'S EMPLOYEE HANDBOOK

Please read the following statements, sign below and return to Management.

**Acknowledgment and Receipt of Employee Handbook**
**I have received and read a copy of Western Livestock Journal's Employee Handbook. I understand that the policies and benefits described in it are subject to change at the sole discretion of Western Livestock Journal at any time.**

**At-Will Employment**
**I further understand that, my employment is at will, and neither myself nor Western Livestock Journal has entered into a contract regarding the duration of my employment. I am free to terminate my employment with Western Livestock Journal at any time, with or without reason. Likewise, Western Livestock Journal has the right to terminate my employment, or otherwise discipline, transfer, or demote me at any time, with or without reason, at the discretion of Western Livestock Journal. No employee of Western Livestock Journal can enter into an employment contract for a specified period of time, or make any agreement contrary to this policy without the written approval from Management.**

| | |
|---|---|
| **Employee's Printed Name** | **Position** |
| **Employee's Signature** | **Dated** |

# CONSUMER REPORT AUTHORIZATION AND DISCLOSURE FORM

I authorize **Western Livestock Journal** to request and procure an investigative consumer report concerning me for employment purposes. I understand that this investigative consumer report may include information concerning my character, general reputation, personal characteristics, and mode of living. I understand that that investigative information may be obtained through personal interviews with my neighbors, friends, associates, or other acquaintances.

I also authorize **Western Livestock Journal** to communicate the information in my investigative consumer report to any of its divisions, departments, parents, and subsidiaries as may be necessary for legitimate business needs. I understand that if I do not wish such information to be communicated to such affiliates, I will notify **Western Livestock Journal's** Management in writing within five (5) business days of signing this Authorization and Disclosure Form.

I understand that **Western Livestock Journal** will provide me with a copy of the investigative report it may have procured if I request such a copy of such investigative report within thirty (30) days after signing this Authorization and Disclosure Form. I also understand that, if I make such a request, **Western Livestock Journal** will mail or otherwise deliver to me a copy of the investigative report within five (5) days of the date of my request or of the date on which **Western Livestock Journal** receives the investigative report, whichever is later.

This authorization is continuing, and does not expire, so that **Western Livestock Journal** may use this same authorization at some time(s) in the future to request and procure additional reports as may be necessary for employment purposes, including but not limited to future promotion or retention.

## A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) is designed to promote accuracy, fairness, and privacy of information in the files of every "consumer reporting agency" (CRA). Most CRAs are credit bureaus that gather and sell information about you -- such as if you pay your bills on time or have filed bankruptcy -- to creditors, employers, landlords, and other businesses. You can find the complete text of the FCRA, 15 U.S.C. 1681-1681u, at the Federal Trade Commission's web site (*http://www.ftc.gov*). The FCRA gives you specific rights, as outlined below. You may have additional rights under state law. You may contact a state or local consumer protection agency or a state attorney general to learn those rights.

- **You must be told if information in your file has been used against you.** Anyone who uses information from a CRA to take action against you -- such as denying an application for credit, insurance, or employment -- must tell you, and give you the name, address, and phone number of the CRA that provided the consumer report.
- **You can find out what is in your file.** At your request, a CRA must give you the information in your file, and a list of everyone who has requested it recently. There is no charge for the report if a person has taken action against you because of information supplied by the CRA, if

1

you request the report within 60 days of receiving notice of the action. You also are entitled to one free report every twelve months upon request if you certify that (1) you are unemployed and plan to seek employment within 60 days, (2) you are on welfare, or (3) your report is inaccurate due to fraud. Otherwise, a CRA may charge you up to eight dollars.

- **You can dispute inaccurate information with the CRA.** If you tell a CRA that your file contains inaccurate information, the CRA must investigate the items (usually within 30 days) by presenting to its information source all relevant evidence you submit, unless your dispute is frivolous. The source must review your evidence and report its findings to the CRA. (The source also must advise national CRAs -- to which it has provided the data -- of any error.) The CRA must give you a written report of the investigation, and a copy of your report if the investigation results in any change. If the CRA's investigation does not resolve the dispute, you may add a brief statement to your file. The CRA must normally include a summary of your statement in future reports. If an item is deleted or a dispute statement is filed, you may ask that anyone who has recently received your report be notified of the change.
- **Inaccurate information must be corrected or deleted.** A CRA must remove or correct inaccurate or unverified information from its files, usually within 30 days after you dispute it. **However, the CRA is not required to remove accurate data from your file unless it is outdated (as described below) or cannot be verified.** If your dispute results in any change to your report, the CRA cannot reinsert into your file a disputed item unless the information source verifies its accuracy and completeness. In addition, the CRA must give you a written notice telling you it has reinserted the item. The notice must include the name, address and phone number of the information source.
- **You can dispute inaccurate items with the source of the information.** If you tell anyone -- such as a creditor who reports to a CRA -- that you dispute an item, they may not then report the information to a CRA without including a notice of your dispute. In addition, once you've notified the source of the error in writing, it may not continue to report the information if it is, in fact, an error.
- **Outdated information may not be reported.** In most cases, a CRA may not report negative information that is more than seven years old; ten years for bankruptcies.
- **Access to your file is limited.** A CRA may provide information about you only to people with a need recognized by the FCRA -- usually to consider an application with a creditor, insurer, employer, landlord, or other business.
- **Your consent is required for reports that are provided to employers, or reports that contain medical information.** A CRA may not give out information about you to your employer, or prospective employer, without your written consent. A CRA may not report medical information about you to creditors, insurers, or employers without your permission.
- **You may choose to exclude your name from CRA lists for unsolicited credit and insurance offers.** Creditors and insurers may use file information as the basis for sending you unsolicited offers of credit or insurance. Such offers must include a toll-free phone number for you to call if you want your name and address removed from future lists. If you call, you must be kept off the lists for two years. If you request, complete, and return the CRA form provided for this purpose, you must be taken off the lists indefinitely.
- **You may seek damages from violators.** If a CRA, a user or (in some cases) a provider of CRA data, violates the FCRA, you may sue them in state or federal court.

The FCRA gives several different federal agencies authority to enforce the FCRA:

| FOR QUESTIONS OR CONCERNS REGARDING: | PLEASE CONTACT: |
|---|---|
| CRAs, creditors and others not listed below | Federal Trade Commission<br>Consumer Response Center - FCRA<br>Washington, DC 20580<br>202-326-3761 |
| National banks, federal branches/agencies of foreign banks (word "National" or initials "N.A." appear in or after bank's name) | Office of the Comptroller of the Currency<br>Compliance Management, Mail Stop 6-6<br>Washington, DC 20219<br>800-613-6743 |
| Federal Reserve System member banks (except national banks, and federal branches/agencies of foreign banks) | Federal Reserve Board<br>Division of Consumer & Community Affairs<br>Washington, DC 20551<br>202-452-3693 |
| Savings associations and federally chartered savings banks (word "Federal" or initials "F.S.B." appear in federal institution's name) | Office of Thrift Supervision<br>Consumer Programs<br>Washington, DC 20552<br>800-842-6929 |
| Federal credit unions (words "Federal Credit Union" appear in institution's name) | National Credit Union Administration<br>1775 Duke Street<br>Alexandria, VA 22314<br>703-518-6360 |
| State-chartered banks that are not members of the Federal Reserve System | Federal Deposit Insurance Corporation<br>Division of Compliance & Consumer Affairs<br>Washington, DC 20429<br>800-934-FDIC |
| Air, surface, or rail common carriers regulated by former Civil Aeronautics Board or Interstate Commerce Commission | Department of Transportation<br>Office of Financial Management<br>Washington, DC 20590<br>202-366-1306 |
| Activities subject to the Packers and Stockyards Act, 1921 | Department of Agriculture<br>Office of Deputy Administrator - GIPSA<br>Washington, DC 20250<br>202-720-7051 |

_____          _____

**Employee's Signature**                            **Dated**

# BACKGROUND INVESTIGATION AUTHORIZATION

## Western Livestock Journal

The information requested below is for the sole purpose of conducting a background investigation which includes, among other things, a criminal conviction check. The existence of a prior criminal conviction will not necessarily make you ineligible for employment. It is the **Western Livestock Journal's** policy to evaluate any adverse information obtained in the background investigation based upon a range of factors including, but not limited to, employment history and time, nature and job-relatedness of the offense. This form along with the final report will be placed in a separate file and will not be made a part of your personnel file should you be hired.

This information will be used for purposes of identification and pre-employment only and will not be used for discriminatory purposes. Federal law prohibits discrimination in employment on the basis of age, race, color, creed, religion, sexual orientation, disability, or national origin. Many states also prohibit some or all of the above types of discrimination and may also include marital status or other categories.

| | |
|---|---|
| _____<br>NAME (PLEASE PRINT) | _____<br>MAIDEN NAME(S), NICKNAME(S) OR<br>OTHER NAME(S) USED |

ADDRESS (For the last three years)
(Street, City, County, State, Years From-To)

1. _____

2. _____

3. _____

| | |
|---|---|
| _____<br>SOCIAL SECURITY NUMBER | _____<br>DRIVER'S LICENSE NUMBER, STATE, ISSUE DATE<br>Is your Driver's License Valid?<br>   ☐ Yes<br>   ☐ No<br>If no, please give details. |

I acknowledge that consideration for employment is contingent on the results of a reference check, credit check, criminal record check, background check, negative drug screen result, my ability to establish employment eligibility under the Immigration Reform and Control Act of 1986 and upon verification of the information provided by me in my application, my resume or in other parts of the application process.

I understand that in making this application for employment, **Western Livestock Journal** or any agent acting on its behalf may request an investigative consumer report or other such information obtained through personal interviews with third parties such as neighbors, friends, business associates, financial sources and acquaintances. I authorize **Western Livestock Journal**, its affiliates and representatives to verify all information provided by me in the application process and to inquire into my character, general reputation, personal characteristics and mode of living. I expressly authorize all employers, personnel, schools, companies, corporations, and law enforcement agencies to supply any and all information concerning my qualifications for employment and to verify the information given by me herein or elsewhere in the application process. In consideration for being a candidate for employment, I release **Western Livestock Journal**, related entities, as well as any individual or entity providing information from any and all liability in connection with inquires and investigations, information given, decisions made, or action taken concerning my employment based on such information. I further understand that I have a right to make a written request within a reasonable period of time to receive additional detailed information concerning the nature and scope of the investigation.

I understand that employee screening or other tests, including drug screen, may be a condition of employment and refusal to take such tests when asked will subject me to termination. I also understand that no person is authorized to enter into written employment contracts on behalf of the **Western Livestock Journal**. I hereby acknowledge that no verbal promises or contracts are authorized by the **Western Livestock Journal** and upon my acceptance of employment, I expressly acknowledge that no such verbal promises, inducements, or verbal contracts have been made.

---

### *AT-WILL EMPLOYMENT*

*If hired, I understand that, my employment is for no definite period of time and may, regardless of the date of payment of my wages and salary, be terminated at any time without any previous notice and with or without cause. In consideration of my employment, I agree to conform to the policies and procedures of the Western Livestock Journal.*

### *CERTIFICATION*

*I hereby certify that the information provided on this form is true and complete. I understand that any omission or false or misleading information provided on this form, my resume or in other aspects of the employment process may result in termination of my employment and/or personal liability for any damages caused by the submission of false information. A copy of this authorization shall have the same authority as the original.*

| | |
|---|---|
| **Employee's Signature** | **Dated** |

# RECEIPT AND ACKNOWLEDGMENT OF WESTERN LIVESTOCK JOURNAL'S EMPLOYEE HANDBOOK

Please read the following statements, sign below and return to Management.

### Acknowledgment and Receipt of Employee Handbook

I have received and read a copy of Western Livestock Journal's Employee Handbook. I understand that the policies and benefits described in it are subject to change at the sole discretion of Western Livestock Journal at any time.

### At-Will Employment

I further understand that, my employment is at will, and neither myself nor Western Livestock Journal has entered into a contract regarding the duration of my employment. I am free to terminate my employment with Western Livestock Journal at any time, with or without reason. Likewise, Western Livestock Journal has the right to terminate my employment, or otherwise discipline, transfer, or demote me at any time, with or without reason, at the discretion of Western Livestock Journal. No employee of Western Livestock Journal can enter into an employment contract for a specified period of time, or make any agreement contrary to this policy without the written approval from Management.

_Logan Ipsen_
**Employee's Printed Name**

_President_
**Position**

_[signature]_
**Employee's Signature**

_7/21/22_
**Dated**