# EXHIBIT B

B1097-7919 03/06/2026 2:20 PM Received by Office of the Idaho Secretary of State





0006700701



**STATE OF IDAHO**
*Office of the secretary of state, Phil McGrane*
**CERTIFICATE OF ORGANIZATION LIMITED LIABILITY COMPANY**
Idaho Secretary of State
PO Box 83720
Boise, ID 83720-0080
(208) 334-2301
Filing Fee: $100.00

| For Office Use Only |
| --- |
| **-FILED-** |
| File #: 0006700701 |
| Date Filed: 3/6/2026 2:18:52 PM |

| Certificate of Organization Limited Liability Company | |
| --- | --- |
| Select one:  Standard, Expedited or Same Day Service (see descriptions below) | Expedited (+$40; filing fee $140) |
| **1. Limited Liability Company Name** | |
| Type of Limited Liability Company | Limited Liability Company |
| Entity name | Stock Point Media Group, LLC |
| **2. The complete street address of the principal office is:** | |
| Principal Office Address | 4550 ELGIN ROAD<br>NEW PLYMOUTH, ID 83655 |
| **3. The mailing address of the principal office is:** | |
| Mailing Address | 4550 ELGIN RD<br>NEW PLYMOUTH, ID 83655-5449 |
| **4. Registered Agent Name and Address** | |
| Registered Agent | STEVIE IPSEN<br>Registered Agent<br><br>Physical Address<br>4550 ELGIN RD<br>NEW PLYMOUTH, ID 83655<br><br>Mailing Address<br>83655-5449 |

☒ I affirm that the registered agent appointed has consented to serve as registered agent for this entity.

**5. Governors**

| Name | Address |
| --- | --- |
| Logan M Ipsen | 4550 ELGIN ROAD<br>NEW PLYMOUTH, ID 83655 |
| Stevie A Ipsen | 4550 ELGIN ROAD<br>NEW PLYMOUTH, ID 83655 |

Signature of Organizer:

*Logan Ipsen*                                                                 *03/06/2026*

Sign Here                                                                        Date