# EXHIBIT C



NATHAN L. WHATLEY
ATTORNEY AT LAW

WRITER DIRECT
(405) 552-2365
FAX (405) 228-7365
nathan.whatley@mcafeetaft.com

8TH FLOOR • TWO LEADERSHIP SQUARE
211 NORTH ROBINSON • OKLAHOMA CITY, OK 73102-7103
(405) 235-9621 • FAX (405) 235-0439
www.mcafeetaft.com

July 6, 2026

*__Via electronic and first-class mail__*

Logan M. Ipsen
Stock Point Media Group, LLC
4550 Elgin Road
New Plymouth, ID 83655
logan.ipsen@gmail.com
info@stockpointmedia.com

RE:    Western Livestock Journal, LLC

Mr. Ipsen:

This firm represents Western Livestock Journal, LLC (WLJ). We have been provided information that you obtained WLJ's confidential and proprietary information under false pretenses and that you have misappropriated confidential information and trade secrets belonging to WLJ for your own benefit and the benefit of third parties. As a management employee and officer of WLJ you owed a fiduciary duty to not act against the interests of WLJ, and you were prohibited by state and federal law from misappropriating, divulging or disclosing confidential and proprietary information and trade secrets you obtained while employed with WLJ to third parties, or from appropriating such information for your own use or for the use of others, or otherwise in a manner which would be detrimental to WLJ or its customers or employees.

As noted above, under state and federal law, you are under a duty to refrain from disclosing or misusing any proprietary information or trade secrets learned while you were employed by WLJ. Nevertheless, your correspondence with WLJ's staff and WLJ's electronic records show that you misappropriated confidential information, internal electronic communications and trade secrets from WLJ. You also were given access to proprietary internal business plans of WLJ, which are also trade secrets of the Company, and which you have improperly utilized and disseminated in support of your new business venture, Stock Point Media Group, LLC (Stock Point). This conduct is a facial violation

of the federal Defend Trade Secrets Act and of state laws protecting confidential and proprietary information.

Additionally, you utilized confidential information and resources of WLJ to begin building a competing business while employed as an officer of WLJ and have thus violated your fiduciary duty to WLJ.

Demand is hereby made upon you and Stock Point not to make any use of, or to copy or transfer any of WLJ's confidential and proprietary information, including, but not limited to WLJ's subscriber and customer lists and its proprietary business plans.  WLJ further demands that you immediately return all confidential information and trade secrets in your possession or under your control, including any copies thereof.  This includes any copies, summaries or recaps of such materials that you have provided to, shared with, or communicated the substance of with Stock Point or any of its organizers, members, officers or agents, or to any other third parties. WLJ is exploring its options for pursuing civil and criminal recourse, including, but not limited to, seeking compensation for any damages that result from any illegal conduct.

WLJ further demands that you and Stock Point preserve all documents, tangible things and electronically stored information regarding the potential litigation, including without limitation, documents relating to any and all communications with any subscribers, customers or agents or employees of WLJ.  You should further preserve all documents or other information related to any relationship, involvement or communications you have or have had with any entity engaged in any business competitive with WLJ and any other documents related to the potential litigation.

Sincerely,

*Nathan L. Whatley*

Nathan L. Whatley

NLW:lmj

cc:  Stevie A. Ipsen (stevie.ipsen@gmail.com)