Erik F. Stidham (ISB #5483)
Jennifer M. Aiko (ISB #9275)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-7714
Telephone:  208.342.5000
EFStidham@hollandhart.com
JMAiko@hollandhart.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN LIVESTOCK JOURNAL, LLC, an Oklahoma limited liability company and SUPERIOR LIVESTOCK AUCTION, LLC an Oklahoma limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>LOGAN M. IPSEN, an individual and STOCK POINT MEDIA GROUP, LLC, an Idaho limited liability company,<br><br>Defendants. | Case No.   1:26-cv-00500-REP<br><br>**DECLARATION OF HANNAH JACKSON IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

I, Hannah Jackson, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am the Circulation Manager for Western Livestock Journal, LLC ("WLJ"). I make this declaration based on my personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently to the matters set forth below.

2. Because I need to use it to carry out my job responsibilities, I have access to WLJ's SimpleCirc account, which contains confidential information on all of WLJ's print subscribers.

**DECLARATION OF HANNAH JACKSON IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION - 1**

3. On August 3, 2026, I requested from our contact at SimpleCirc (Dave Jones) a record of the data exported by Ipsen from SimpleCirc. In response, I received a screen shot of the export history. Attached hereto as **Exhibit A** is a true and correct copy of the email I received from Dave Jones on August 3, 2026.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: August 4, 2026

By: *Hannah Jackson*

Hannah Jackson
Circulation Manager
Western Livestock Journal, LLC

38919529_v1