# EXHIBIT A

| From: | Hannah Jackson |
| To: | Dave Jones |
| Subject: | Re: Western Livestock Journal - Inquiry |
| Attachments: | image.png |
| | image.png |
| | image.png |
| | image.png |
| | image.png |
| | image.png |

Thank you for this Dave. I will pass it along.

I appreciate your help!

**Hannah Jackson** | Circulation Manager
hannah@wlj.net
720-370-8275

Western Livestock Journal LLC
6021 S. Syracuse Way, Ste. 103 | Greenwood Village, CO 80111
office: 303-722-7600 | web www.wlj.net
Find us online:

 

**From:** Dave Jones <davejones@simplecirc.com>
**Sent:** Monday, August 3, 2026 04:00 PM
**To:** Hannah Jackson <Hannah@WLJ.net>
**Subject:** Re: Western Livestock Journal - Inquiry

Hannah:

This is from Bob:

We don't have details on what they exported but here is the log info.

```
| date_time           | action                   |
+---------------------+--------------------------+
| 2023-11-08 10:53:41 | ADMIN LOGGED IN          |
| 2023-11-08 10:54:31 | VIEWED ORDERS REPORT     |
| 2023-11-08 10:54:58 | VIEWED ORDERS REPORT     |
| 2023-11-08 10:57:19 | VIEWED ORDERS REPORT     |
| 2023-11-08 10:58:18 | VIEWED SOURCE CODE REPORT |
| 2023-11-08 10:58:29 | VIEWED ORDERS REPORT     |
| 2025-01-14 15:27:42 | ADMIN LOGGED IN          |
| 2025-01-14 15:28:29 | VIEWED ORDERS REPORT     |
| 2025-01-14 15:29:07 | VIEWED ORDERS REPORT     |
| 2025-01-14 15:44:50 | EXPORTED DATA            |
| 2025-01-14 15:45:03 | EXPORTED DATA            |
| 2025-01-14 15:45:34 | EXPORTED DATA            |
| 2025-01-14 15:46:31 | EXPORTED DATA            |
| 2025-01-14 15:47:32 | EXPORTED DATA            |
| 2025-01-14 16:05:21 | EXPORTED DATA            |
```

```
| 2025-01-14 16:05:44 | EXPORTED DATA          |
| 2025-01-14 16:07:15 | EXPORTED DATA          |
| 2025-01-14 16:08:16 | EXPORTED DATA          |
| 2025-01-14 16:09:07 | EXPORTED DATA          |
| 2025-01-14 16:09:27 | EXPORTED DATA          |
| 2025-01-14 16:09:48 | EXPORTED DATA          |
| 2025-01-14 16:10:01 | EXPORTED DATA          |
| 2025-01-14 16:13:14 | EXPORTED DATA          |
| 2025-01-14 16:13:44 | EXPORTED DATA          |
| 2025-01-14 16:14:23 | EXPORTED DATA          |
| 2025-01-14 16:23:48 | EXPORTED DATA          |
| 2026-06-03 13:44:51 | ADMIN LOGGED IN        |
| 2026-06-03 13:45:12 | ADMIN LOGGED IN        |
| 2026-06-03 13:47:18 | VIEWED AUTO RENEW REPORT |
| 2026-06-03 13:48:57 | VIEWED AUTO RENEW REPORT |
| 2026-06-03 14:09:56 | EXPORTED DATA          |
| 2026-06-03 14:38:08 | EXPORTED DATA          |
| 2026-06-03 14:38:49 | EXPORTED DATA          |
| 2026-06-03 14:42:54 | EXPORTED DATA          |
```

On Mon, Aug 3, 2026 at 2:29 PM Hannah Jackson <Hannah@wlj.net> wrote:

> Hi Dave,
>
> Thanks so much for calling me. Just to recap: what I would like to get is a record of the export data pulled by the below listed user during the month of June until their access was revoked in early July.
>
> User: logan@wlj.net
>
> Whatever you can get us would be greatly appreciated.
>
> Thank you!
>
> **Hannah Jackson** | Circulation Manager
> hannah@wlj.net
> 720-370-8275
>
> Western Livestock Journal LLC
> 6021 S. Syracuse Way, Ste. 103 | Greenwood Village, CO 80111
> office: 303-722-7600 | web www.wlj.net
> Find us online:
>
>
>
> ---
>
> **From:** Dave Jones <davejones@simplecirc.com>
> **Sent:** Monday, August 3, 2026 01:04 PM
> **To:** Hannah Jackson <Hannah@WLJ.net>
> **Subject:** Re: Western Livestock Journal - Inquiry

I'll call shortly

On Mon, Aug 3, 2026 at 11:10 AM Hannah Jackson <Hannah@wlj.net> wrote:

Hi Dave,

I hope you are well. I have a bit of an odd question for you. Can you give me a call at your convenience?

**Hannah Jackson** | Circulation Manager
hannah@wlj.net
720-370-8275

Western Livestock Journal LLC
6021 S. Syracuse Way, Ste. 103 | Greenwood Village, CO 80111
office: 303-722-7600 | web www.wlj.net
Find us online:

 

--



Dave Jones
Simplecirc.com
Office: (585) 201-8301
Cell: 585-451-5726

--



Dave Jones
Simplecirc.com
Office: (585) 201-8301
Cell: 585-451-5726