Erik F. Stidham (ISB #5483)
Jennifer M. Aiko (ISB #9275)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-7714
Telephone:  208.342.5000
EFStidham@hollandhart.com
JMAiko@hollandhart.com

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN LIVESTOCK JOURNAL, LLC, an Oklahoma limited liability company and SUPERIOR LIVESTOCK AUCTION, LLC an Oklahoma limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>LOGAN M. IPSEN, an individual and STOCK POINT MEDIA GROUP, LLC, an Idaho limited liability company,<br><br>Defendants. | Case No.   1:26-cv-00500-REP<br><br>**DECLARATION OF DARE LOVETT IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

I, Dare Lovett, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am the Business Development Manager of Superior Livestock Auction, LLC ("Superior"). I make this declaration based on my personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently to the matters set forth below.

2. As Business Development Manager, my responsibilities include working with Sam Hughes to accomplish Superior's overarching goals of growing the company as a whole and

**DECLARATION OF DARE LOVETT IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION - 1**

building new business avenues. I also act as liaison between the technical development team and the team in the field.

3. I have worked for Superior since May 2025. I was first an Operations Intern and was soon promoted to Operations Analyst and then Business Development Manager. I have been in the cattle industry for about seven years total, having worked at large sale barns, day-worked on multiple ranches, and grew up showing cattle. I earned my Bachelor's degree in Agribusiness at Oklahoma State, with a minor in Economics, graduating in 2024. I also earned 20 credits in a Master's program in Ranch Management at Texas Christian University.

4. As Business Development Manager, one significant project I have managed at Superior was the research and development of the "Seed Stocked" platform. I researched across all the cattlemen association and related websites, determining what information is generally available, where it is posted, and how it is presented. There was no central repository of all purebred breeders. Instead, the available information is piecemeal, for instance, limited only to a particular breed or company. This lack of a central source of information makes it more costly and difficult for seedstock producers to navigate the market. I developed the Seed Stocked website, which is the first (and to my knowledge, only) database or directory intended to include all known seedstock producers. To maximize engagement, my team and I would contact seedstock producers, sending them a unique link through which they could upload information and claim their account. Building out the software and engaging with the producers took months of dedicated time. The Seed Stocked website would serve the seedstock producers, allowing them to gain visibility for sales in a way previously and otherwise unavailable.

5. I understand that on April 19, 2026, Danny Jones, Sam Hughes, and Mason Groves met with Logan Ipsen in a closed-door session about changes to business operations. I did not

**DECLARATION OF DARE LOVETT IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION - 2**

attend that meeting. But directly after that meeting, I met with Ipsen for about an hour in a conference room. Sam Hughes had asked me to show Ipsen the Seed Stocked platform, explain it to him, and show him how it would build on the WLJ brand and could be used to increase WLJ revenue. I did so. I showed Ipsen the front-facing website. Ipsen had his MacBook with him and accessed the Seed Stocked website, bookmarking it. I also showed him the back end, the features only an admin or super admin would be able to access. I demonstrated for him how to add new accounts as well as advertisers, ringmen, and other service providers. During this meeting discussing digital marketing integration strategies for advertisers and certain proprietary map features and digital tools. This meeting with Ipsen was confidential. I understood that it was confidential. I had not shared this information with anyone except Sam Hughes. At the time of this meeting, the Seed Stocked platform was still being built out.

6.      I understand that Ipsen resigned on June 29, 2026. I also now understand that Ipsen created a competing company Stock Point Media Group, LLC, with a website found at https://stockpointmedia.com. Attached hereto as **Exhibit A** is a true and correct copy of a screen shot that I took on August 3, 2026, showing the results from searching the "stockpointmedia.com" domain through the Internet Corporation For Assigned Names and Numbers ("ICANN"). The ICANN search tool is available at https://lookup.icann.org/en/lookup. Exhibit A shows that "stockpointmedia.com" was registered with Squarespace Domains later in the day on April 19, 2026, after I had met with Ipsen.

7.      I have reviewed the website found at https://stockpointmedia.com ("Stock Point Website"). The Stock Point Website imitates a number of elements of the confidential business plans I discussed with Ipsen on April 19, 2026. For example, the Stock Point Website is built around the unique Seed Stocked concept of a universal seedstock producer directory. This is

**DECLARATION OF DARE LOVETT IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION - 3**

demonstrated by the variety in the sales listed (breeds, types, and platforms). It is also demonstrated by the structure of the sale listings, which features sales and includes links for the seller to claim the sale and add information. Attached hereto as **Exhibit B** is a true and correct copy of a screen shot that I took on August 4, 2026 showing the drop-down options for searching the auctions at https://stockpointmedia.com/calendar. Attached hereto as **Exhibit C** is a true and correct copy of a screen shot I took on August 4, 2026 of https://stockpointmedia.com/calendar/liveag-video-sale, listing a sale an August 13, 2026 sale and showing the links to claim the event.

8.      The Stock Point Website also mimics the Seed Stocked UX (user experience) design in nearly all its calendar and search features. Attached hereto as **Exhibit D** is a true and correct copy of a screen shot that I took on August 4, 2026 of https://seed-stocked.com/auctions. Comparison of Exhibits B and D shows that the Stock Point Website's UX similarities.

9.      Further, the Stock Point Website attempts to imitate the proprietary, interactive map feature from https://seed-stocked.com/map. Attached hereto as **Exhibit E** is a true and correct copy of a screen shot that I took on August 4, 2026 of https://seed-stocked.com/map. Attached hereto as **Exhibit F** is a true and correct copy of a screen shot that I took on August 4, 2026 of https://stockpointmedia.com/calendar, after clicking on the "Map" button to the right of the search bar, which displays the interactive map feature.

10.      The Stock Point Website also states that Stock Point Media has "21,000 READERS," "33,500 SOCIAL MEDIA FOOTPRINT," and "50,000 POTENTIAL DIGITAL FOOTPRINT." Attached hereto as **Exhibit G** is a true and correct copy of a screen shot I took on August 4, 2026 of https://stockpointmedia.com, showing the above text.

11.      The Stock Point Website states that, "Stock Point Magazine is published 11 times annually by Stock Point Media Group." Attached hereto as **Exhibit H** is a true and correct copy

**DECLARATION OF DARE LOVETT IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION - 4**

of a screen shot I took on August 4, 2026 of https://stockpointmedia.com/about-us, showing the above text.

12.     The proprietary plans incorporated into the Stock Point Website represent months of work and analysis that Sam Hughes and I put into design and development, intended to benefit WLJ and only shared with Ipsen in his capacity as President of WLJ and with the expectation that he would use the information for WLJ's benefit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:  August 4, 2026

By: _____
    Dare Lovett
    Business Development Manager
    Superior Livestock Auction, LLC

38879449_v3

**DECLARATION OF DARE LOVETT IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION - 5**