# EXHIBIT A

**ICANN | LOOKUP** (/en)

# Registration data lookup tool

Enter a domain name or an Internet number resource (IP
Network or ASN)

Frequently Asked Questions (FAQ)
(/en/faq)

stockpointmedia.com

Lookup

By submitting any personal data, I acknowledge and agree that the personal data submitted by me will
be processed in accordance with the ICANN Privacy Policy (https://www.icann.org/privacy/policy), and
agree to abide by the website Terms of Service (https://www.icann.org/privacy/tos) and the registration
data lookup tool Terms of Use (unsafe:javascript:void(0)).

For additional information on ICANN Accredited Registrars including website and contact information,
please visit https://www.icann.org/en/accredited-registrars (https://www.icann.org/en/accredited-registrars).

If the registration data you are seeking is not provided in the lookup results, please use the
Registration Data Request Service (RDRS) (https://rdrs.icann.org/) to submit a request for nonpublic
registration data. RDRS is intended for use by requestors with a legitimate interest in accessing
nonpublic registration data.

## Domain Information

**Name:** STOCKPOINTMEDIA.COM

**Registry Domain ID:** 3089992462_DOMAIN_COM-VRSN

**Domain Status:**
clientDeleteProhibited (https://icann.org/epp#clientDeleteProhibited)
clientTransferProhibited (https://icann.org/epp#clientTransferProhibited)

**Nameservers:**
NS-CLOUD-E1.GOOGLEDOMAINS.COM
NS-CLOUD-E2.GOOGLEDOMAINS.COM
NS-CLOUD-E3.GOOGLEDOMAINS.COM
NS-CLOUD-E4.GOOGLEDOMAINS.COM

## Dates

**Registry Expiration:** 2029-04-20 00:17:22 UTC

**Registrar Expiration:** 2029-04-20 00:17:22 UTC

**Updated:** 2026-04-20 00:17:23 UTC

**Created:** 2026-04-20 00:17:22 UTC

## Contact Information

## Registrant:

**Handle:** SQSP_CONTACT_f9bfb9aa-da2d-42e0-bc98-4cfbcc3dd80c

**Name:** *The RDAP server redacted the value*

**Organization:** *The RDAP server redacted the value*

**Phone:** *The RDAP server redacted the value*

**Fax:** *The RDAP server redacted the value*

**Mailing Address:** ID *(The RDAP server redacted a part of the value)*

**ISO-3166 Code:** US

**Contact Uri:** https://domains.squarespace.com/whois-contact-form (https://domains.squarespace.com/whois-contact-form)

# Registrar Information

**Name:** Squarespace Domains LLC

**IANA ID:** 3827

**Abuse contact email:** abuse-complaints@squarespace.com

**Abuse contact phone:** tel:+1.6466935324

**About the Registrar:** https://domains.squarespace.com/ (https://domains.squarespace.com/)

# DNSSEC Information

**Delegation Signed:** Unsigned

# Authoritative Servers

**Registry Server URL:** https://rdap.verisign.com/com/v1/domain/stockpointmedia.com (https://rdap.verisign.com/com/v1/domain/stockpointmedia.com)

**Last updated from Registry RDAP DB:** 2026-08-03T19:46:53Z

**Registrar Server URL:** https://rdap.squarespace.domains/domain/STOCKPOINTMEDIA.COM (https://rdap.squarespace.domains/domain/STOCKPOINTMEDIA.COM)

**Last updated from Registrar RDAP DB:** 2026-08-03T19:46:53Z

# Notices and Remarks

## Notices:

**RDDS Inaccuracy Complaint Form**

URL of the ICANN RDDS Inaccuracy Complaint Form: https://icann.org/wicf

https://icann.org/wicf (https://icann.org/wicf)

**Status Codes**

For more information on domain status codes, please visit https://icann.org/epp

https://icann.org/epp (https://icann.org/epp)

**Terms of Service**

By submitting an inquiry, you agree to the Squarespace Terms of Service (including without limitation our Acceptable Use Policy) and the limitations of warranty set forth therein. This service is intended only for query-based access. You agree that you will use this data only for lawful purposes and will not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data in part or in its entirety for any purpose such as the transmission of unsolicited advertising and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes, or use this data in any way that violates applicable laws and regulations. We reserve the right to restrict or deny your access to this service if we suspect that you have failed to comply with these terms. We reserve the right to modify this agreement at any time.

https://www.squarespace.com/terms-of-service (https://www.squarespace.com/terms-of-service)



Youtube (https://www.youtube.com/icannnews)

Twitter (https://www.twitter.com/icann)

Linkedin (https://www.linkedin.com/company/icann)

Flickr (https://www.flickr.com/photos/icann)

Facebook (https://www.facebook.com/icannorg)

Newletters (https://www.icann.org/resources/pages/global-newsletter-2018)

Community Wiki (https://community.icann.org/)

ICANN Blog (https://www.icann.org/news/blog)

**WHO WE ARE**    **CONTACT US**    **ACCOUNTABILITY AND TRANSPARENCY**    **GOVERNANCE**    **HELP**    **DATA PROTECTION**

© Internet Corporation for Assigned Names and Numbers.   Privacy Policy (https://www.icann.org/privacy/policy)    Terms of Service (https://www.icann.org/privacy/tos)    Cookies Policy (https://www.icann.org/privacy/cookies)