# EXHIBIT C





## LiveAg Video Sale

◁ SHARE

Is this your event? Want a catalog link featured here?

**Contact Us**

Is this your event? Want videos featured here?

**Contact Us**

Is this your event? Want a promotional video featured here?

**Contact Us**

📍 **Cody, Wyoming**

📅 **Thursday, August 13, 2026**

🕐 **9:00am-5:00pm America/Denver**

LiveAg **LiveAg**

🌐 Visit LiveAg Website

G Add to Google Calendar

G Open in Google Maps

 Open in Apple Maps

© MapTiler © OpenStreetMap contributors