# EXHIBIT D



## SEPTEMBER 1, 2026

📅 Sep 1 • 2:00 PM MT  📍 Pueblo, CO  **LiveAuctions**
**Colorado State Fair**

📅 Sep 1 • TBD  **CCI**
**The Source Sessions**

## SEPTEMBER 3, 2026

📅 Sep 3 • TBD  **CCI**
**Vintage Angus Ranch**

## SEPTEMBER 4, 2026

📅 Sep 4 • 11:00 AM PT  📍 Ellensburg, WA  **LiveAuctions**
**Kittitas County Fair**

📅 Sep 4 • 7:00 PM CT  **LiveAg**
**American Cattle Showcase**

📅 Sep 4 • TBD  **CCI**
**Byrd Cattle Co.**

## SEPTEMBER 5, 2026

📅 Sep 5 • 12:00 PM  📍 Union Grove, NC  **DVAuction**
**North Carolina Fall Harvest**

📅 Sep 5 • 1:00 PM MT  📍 fill, mi  **Superior**
**Munns Three Bar Quarter Horses**

📅 Sep 5 • 5:00 PM ET  📍 Mays Lick, KY  **LiveAuctions**
**The Breeders Cup Sale**

📅 Sep 5 • TBD  **CCI**
**Dunipace Angus Ranch**