# EXHIBIT E

Filters  Search...  City/zip...  250 mi  Layers

Breed  State  Bulls  Females  Genetics  Development  Sales




