# EXHIBIT F

# STOCK POINT
M E D I A

# CALENDAR

Stay on top of upcoming sales events and important dates across the industry.

Search events by name    🔍    📖 Map    ▼ Filters

📅 Date Range ⌄    📍 State ⌄    🏷 Platform ⌄    🏷 Type ⌄    🏷 Breed ⌄

ADVERTISEMENT

44 FARMS® SINCE 1909    **PRIVATE TREATY ANGUS BULLS**
AVAILABLE IN CAMERON, TEXAS | 44FARMS.COM



© MapTiler © OpenStreetMap contributors