# EXHIBIT G

# STOCK POINT
MEDIA

Home | News | Calendar | Sales Reports | Market Reports

| **21,000** | **80,000** | **315** | **33,500** | **50,000** |
|---|---|---|---|---|
| READERS | EST BULLS PURCHASED/YR | EST AVG HERD SIZE | SOCIAL MEDIA FOOTPRINT | POTENTIAL DIGITAL FOOTPRINT |

## About Stock Point Media

The newest leader in linking the relationship between print and digital avenues of information, education, markets, events, and promotions.

✓ Trusted Agriculture Media Network: Connect your business with producers, landowners, and agricultural decision-makers through industry-leading magazines, newsletters, podcasts, websites, and social media marketing campaigns.

✓ Built on Relationships: Leveraging trusted connections throughout the livestock, ranching, farming, and rural business communities to build credibility, deliver timely information, and provide relevant information to make meaningful decisions.

✓ Results-Driven Ag Advertising Solutions: Helping seedstock operations, auction markets, agricultural suppliers, and rural businesses increase visibility, generate leads, and grow their customer base with strategic agriculture-focused marketing and media services.

 KERN CATTLE    KG Ranch     LEACHMAN CATTLE     LiveA