# EXHIBIT H

# STOCK POINT
### MEDIA

## ABOUT US

Stock Point Media Group, LLC, is a modern multimedia company dedicated to serving the ranching industry while honoring the western lifestyle and traditions that shape rural America.

With a strong emphasis on the beef cattle business and ranch horse culture, Stock Point delivers trusted industry coverage through a monthly print and digital magazine, engaging online content, daily agricultural news, and innovative digital marketing opportunities tailored to seedstock producers, auction markets, western businesses, and horse enthusiasts.

Our experienced and reputable advertising representatives understand the agricultural world firsthand and work closely with clients to create meaningful, results-driven campaigns that connect with loyal rural audiences.

Stock Point's contributor network includes respected experts in legislative affairs, agricultural law, animal health, commodity trading, marketing, and other critical sectors influencing today's livestock industry.

Beyond industry news and business insight, Stock Point Media Group showcases the beauty, grit, and heritage of the western way of life through exclusive feature stories, photography, and human-interest content.

Our mission is to both inform and entertain those directly involved in agriculture while inspiring appreciation for the people, animals, and landscapes that sustain the western world.

Stock Point Magazine is published 11 times annually by Stock Point Media Group. Stock Point is a trusted source of agricultural news, market insight, and western lifestyle coverage reaching more than 21,000 individual readers and livestock producers and a robust digital audience.

In addition, the magazine can be found by patrons at agricultural businesses and rural offices throughout the West. Our revolutionary educational and entertaining publication is produced by a team of seasoned agricultural journalists and experienced field staff, most of whom are livestock producers themself.

Readers can rely on Stock Point for expert analysis, practical information, and compelling feature stories that celebrate the people, places and traditions that define the western livestock industry. Through its broad regional reach and respected industry connections, Stock Point serves as a valuable link between producers, businesses and agricultural communities. Content of Stock Point includes news editorial from experts as well as feature content about producers across the country.