Erik F. Stidham (ISB #5483)
Jennifer M. Aiko (ISB #9275)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-7714
Telephone: 208.342.5000
EFStidham@hollandhart.com
JMAiko@hollandhart.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN LIVESTOCK JOURNAL, LLC, an Oklahoma limited liability company and SUPERIOR LIVESTOCK AUCTION, LLC an Oklahoma limited liability company,<br><br>    Plaintiffs,<br><br>vs.<br><br>LOGAN M. IPSEN, an individual and STOCK POINT MEDIA GROUP, LLC, an Idaho limited liability company,<br><br>    Defendants. | Case No. 1:26-cv-00500-REP<br><br>**DECLARATION OF MIKE OLDCORN IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

I, Mike Oldcorn, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am an employee of Western Livestock Journal, LLC ("WLJ"). I make this declaration based on my personal knowledge, and if called as a witness, I could and would testify competently to the facts stated herein.

2. Since December 2021, I have been employed with WLJ as a Graphic Designer and Ad Coordinator. As Graphic Designer and Ad Coordinator, I am responsible for the layout of WLJ's paper, ad building and coordination, data input for the market page, and handling WLJ's e-

**DECLARATION OF MIKE OLDCORN IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION - 1**

blasts. E-blasts are email updates sent to specified recipients who have opted in to receive them. Types of email updates to which recipients may opt in include Livestock Sales, Ranch & Farm Properties, Feed-Nutrition-Animal Health, and Equipment.

3.      As part of these responsibilities, I have access to WLJ's Constant Contact account, which contains, among other information, all recipients' email addresses, with corresponding email newsletters and e-blasts to which each has subscribed ("Email List"). This information is confidential. WLJ's Constant Contact account can only be accessed by certain WLJ employees and only with a valid username and password.

4.      On June 16, 2026, Logan Ipsen texted me and requested that I provide him with WLJ's complete Email List. As of June 16, 2026, the Email List contained 11,719 contacts. A true and correct copy of screen shots of this text conversation is attached hereto as **Exhibit A**.

5.      At the time of Ipsen's June 16, 2026 request, I understood him to be the most senior executive at WLJ with day-to-day management authority over the publication's operations. He had never requested this information from me before. But I had no reason to question his authority or reasons for doing so on June 16th. I was not aware, at that time that he had formed a competing company or that he intended to resign from WLJ.

6.      Later the same day, I exported the names and email addresses from Constant Contact to an Excel file and emailed the file to Ipsen. Upon further text communication (see Exhibit A), I exported the data again, this time including the respective types of email newsletters and updates each subscriber had signed up for. A true and correct copy of the two emails transmitting these Excel files to Ipsen are attached hereto as **Exhibit B**. The Excel files sent to Ipsen are omitted from Exhibit B due to confidentiality concerns.

**DECLARATION OF MIKE OLDCORN IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION - 2**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:  August 4, 2026

By: *Michael A Oldcorn*
_____
Mike Oldcorn
Graphic Designer and Ad Coordinator
Western Livestock Journal, LLC

38725950_v3

**DECLARATION OF MIKE OLDCORN IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION - 3**