# EXHIBIT A



Going to email to you in an excel file unless you want a different format

That's perfect

Just sent

Let me know if you want me to organize it by email list or something

Does it show that or no?

Not right now. I'll export a new one and send to you with what list they're on as well.

iMessage