# EXHIBIT B

| **From:** | Mike Oldcorn |
| **To:** | Erik Stidham; Jennifer Aiko |
| **Cc:** | Kirby Brincefield |
| **Subject:** | FW: Subscribers list |
| **Date:** | Monday, August 3, 2026 9:09:15 AM |
| **Attachments:** | subscribers_.xlsx |

**External Email**


**Mike Oldcorn**
Graphic Design & Advertising

mike@wlj.net

**Western Livestock Journal**
6021 S. Syracuse Way, Suite 103
Greenwood Village, CO 80111

office: 303-722-7600
toll free: 800-850-2769
cell: 617-875-0886
web: www.wlj.net

**From:** Mike Oldcorn <mike@WLJ.net>

**Date:** Tuesday, June 16, 2026 at 1:58 PM

**To:** Logan Ipsen <logan@WLJ.net>

**Subject:** Subscribers list


Attached.


**Mike Oldcorn**
Graphic Design & Advertising

mike@wlj.net

**Western Livestock Journal**
6021 S. Syracuse Way, Suite 103
Greenwood Village, CO 80111

office: 303-722-7600
toll free: 800-850-2769
cell: 617-875-0886
web: www.wlj.net

**From:** Mike Oldcorn
**To:** Erik Stidham; Jennifer Aiko
**Cc:** Kirby Brincefield
**Subject:** FW: Subscribers + email list
**Date:** Monday, August 3, 2026 9:10:14 AM
**Attachments:** subscribers_2.xlsx

**External Email**

**Mike Oldcorn**
Graphic Design & Advertising

mike@wlj.net

**Western Livestock Journal**
6021 S. Syracuse Way, Suite 103
Greenwood Village, CO 80111

office: 303-722-7600
toll free: 800-850-2769
cell: 617-875-0886
web: www.wlj.net

**From:** Mike Oldcorn <mike@WLJ.net>

**Date:** Tuesday, June 16, 2026 at 2:04 PM

**To:** Logan Ipsen <logan@WLJ.net>

**Subject:** Subscribers + email list

New one attached.

**Mike Oldcorn**
Graphic Design & Advertising

mike@wlj.net

**Western Livestock Journal**
6021 S. Syracuse Way, Suite 103
Greenwood Village, CO 80111

office: 303-722-7600
toll free: 800-850-2769
cell: 617-875-0886
web: www.wlj.net