# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF IDAHO

Western Livestock Journal, LLC, et al.
vs.
Logan M. Ipsen, et al.

Plaintiff(s):

Defendant(s):

<u>DECLARATION OF SERVICE</u>

Case Number: 1:26-cv-00500-BLW

For:
Holland & Hart, LLP
800 W. Main St., Ste. 1750
Boise, ID 83702

Received by Tri-County Process Serving LLC on August 6, 2026 to be served on **LOGAN M. IPSEN**.

**I, MacClane Barrett, state that on Thursday, August 6, 2026, at 8:07 PM**, I served the within named person(s) by leaving a true copy of the **Summons; Civil Cover Sheet; Verified Complaint and Demand for Jury Trial; Memorandum in Support of Motion for Temporary Restraining Order and Preliminary Injunction; Motion for Temporary Restraining Order and Preliminary Injunction; Declaration of Dare Lovett in Support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction; Declaration of Mike Oldcorn in Support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction; Declaration of Hannah Jackson in Support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction; Declaration of Brandi Soares in Support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction; Declaration of Kirby Brincefield in Support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction; Declaration of Sam Hughes in Support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction; Corporate Disclosure Statement; Memorandum in Support of Plaintiffs' Motion for Expedited Discovery; Plaintiffs' Motion for Expedited Discovery** with Stevie Ipsen, co-resident, a person over the age of 18 years at **4550 Elgin Rd., New Plymouth, ID 83655**, the usual place of abode of Logan M. Ipsen. Said service was effected at 4550 Elgin Rd., New Plymouth, ID 83655.

Approximate description of Stevie Ipsen
  Female  41 years old,  5' 8" Tall,  150 lbs,  Brown  Hair,  Hazel  eyes.

I hereby acknowledge that I am a Process Server in the county in which service was effected. I am over the age of eighteen years and not a party to the action. I declare under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct.

Our Reference Number: 236240
Client Reference: Erik F. Stidham

Friday, August 7, 2026

**Tri-County Process Serving LLC**
P.O. Box 1224
Boise, ID 83701
(208) 344-4132

MACCLANE BARRETT