# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF IDAHO

Western Livestock Journal, LLC, et al.  Plaintiff(s):   **DECLARATION OF SERVICE**
vs.
Logan M. Ipsen, et al.   Defendant(s):   Case Number: 1:26-cv-00500-BLW

For:
Holland & Hart, LLP
800 W. Main St., Ste. 1750
Boise, ID 83702

Received by Tri-County Process Serving LLC on August 6, 2026 to be served on **STOCK POINT MEDIA GROUP, LLC**.

**I, MacClane Barrett, state that on Thursday, August 6, 2026, at 8:07 PM**, I served the within named **Stock Point Media Group, LLC** by delivering a true copy of the **Summons; Civil Cover Sheet; Verified Complaint and Demand for Jury Trial; Memorandum in Support of Motion for Temporary Restraining Order and Preliminary Injunction; Motion for Temporary Restraining Order and Preliminary Injunction; Declaration of Dare Lovett in Support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction; Declaration of Mike Oldcorn in Support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction; Declaration of Hannah Jackson in Support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction; Declaration of Brandi Soares in Support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction; Declaration of Kirby Brincefield in Support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction; Declaration of Sam Hughes in Support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction; Corporate Disclosure Statement; Memorandum in Support of Plaintiffs' Motion for Expedited Discovery; Plaintiffs' Motion for Expedited Discovery** to Stevie Ipsen, Registered Agent, a person authorized to accept service on behalf of Stock Point Media Group, LLC. Said service was effected at **4550 Elgin Rd., New Plymouth, ID 83655**.

Approximate description of Stevie Ipsen
  Female  41 years old,  5' 8" Tall,  150 lbs,  Brown  Hair,  Hazel  eyes.

I hereby acknowledge that I am a Process Server in the county in which service was effected. I am over the age of eighteen years and not a party to the action. I declare under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct.

Our Reference Number: 236241
Client Reference: Erik F. Stidham

Friday, August 7, 2026

**Tri-County Process Serving LLC**
P.O. Box 1224
Boise, ID 83701
(208) 344-4132

MACCLANE BARRETT