5/06
Form: Pro Hac Vice

IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
FOR THE DISTRICT OF IDAHO

WESTERN LIVESTOCK JOURNAL, LLC
SUPERIOR LIVESTOCK AUCTION, LLC,
Plaintiffs,
v.
LOGAN M. IPSEN, STOCK POINT MEDIA GROUP, LLC,
Defendants.

Case No. 1:26-cv-00500-BLW

APPLICATION FOR ADMISSION PRO HAC VICE

Fee: $250.00

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, Jasmine M. Peters, hereby applies for admission pro hac vice to appear and participate in this case on behalf of Plaintiffs Western Livestock Journal, LLC and Superior Livestock Auction, LLC.

The applicant hereby attests as follows:

1. Applicant resides in Cheyenne, WY, and practices at the following address and phone number HOLLAND & HART LLP, 2020 Carey Avenue, Suite 800, Cheyenne, WY 82001 Telephone (307) 778-4200, JMPeters@hollandhart.com

2. Applicant has been admitted to practice before the following courts on the following dates:

| Courts: | Dates: |
|---|---|
| Wyoming Supreme Court | 9/6/16 |
| U.S. District Court of Wyoming | 9/23/16 |
| U.S. District Court of Colorado | 7/29/26 |
| U.S. Court of Appeals for the Tenth Circuit | 3/27/18 |

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. Erik F. Stidham, a member in good standing of the bar of this court, of the firm of HOLLAND & HART LLP, practices at the following office address and phone number: 800 W. Main Street, Suite 1750, Boise, ID 834702-7714 Telephone (208) 342-5000 and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this 28 day of August, 2026.

/s/ Jasmine M. Peters
Applicant

/s/ Erik F. Stidham
Designee

Signed under penalty of perjury.